**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE INC., OPTUM INC., and WELLMED MEDICAL MANAGEMENT, INC.<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **C.A. No. 2:26-cv-00395**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures," "IV," or "Plaintiffs"), in their Complaint for patent infringement against Defendants UnitedHealth Group Incorporated ("UnitedHealth"), UnitedHealthcare Incorporated ("UnitedHealthcare"), Optum Incorporated ("Optum"), and WellMed Medical Management, Incorporated ("WellMed") (collectively, "Defendants" or "UnitedHealth Group"), hereby allege as follows:

**NATURE OF THE ACTION**

1. This is a civil action for the infringement of United States Patent Nos. 7,712,080 ("the '080 Patent"), 8,332,844 ("the '844 Patent"), 8,352,584 ("the '584 Patent"), and 7,822,841 ("the '841 Patent") (collectively, the "Patents-in-Suit") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

### Intellectual Ventures

2.      Plaintiff Intellectual Ventures I LLC ("Intellectual Ventures I") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

3.      Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures II") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

4.      Intellectual Ventures I is the exclusive licensee of the '080 Patent.

5.      Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844, '584, and '841 Patents.

### UNITEDHEALTH GROUP

6.      On information and belief, Defendant UnitedHealth is a Delaware corporation with a principal place of business in Minnesota and regularly conducts business in the State of Texas, including within the United States District Court for the Eastern District of Texas. On information and belief, UnitedHealth, directly and through its wholly owned subsidiaries, affiliates, and agents, including UnitedHealthcare, Optum, and WellMed, maintains regular and established places of business in this District, including offices and operational facilities in Richardson, Plano, Frisco, and McKinney, Texas. On information and belief, UnitedHealth is registered to do business in the State of Texas and may be served with process through its registered agent, CT Corporation System, at 350 N. St. Paul Street, Dallas, Texas 75201. On information and belief, UnitedHealth Group does business itself, or through its wholly owned subsidiaries, affiliates, and agents in the State of Texas and the Eastern District of Texas.

7.      On information and belief, UnitedHealth is a publicly traded corporation and the parent or umbrella entity for numerous wholly owned subsidiaries and affiliated companies, including UnitedHealthcare, Optum, and WellMed, and other related entities engaged in health benefits, healthcare delivery, pharmacy services, technology, data analytics, and administrative services.[1] On information and belief, UnitedHealth maintains offices and conducts business including within the United States District Court for the Eastern District of Texas, including at 2220 Campbell Creek Blvd., Richardson, Texas 75082 and 350 Vista Court Dr., Plano, TX 75074.[2]



---

[1] https://insuranceinformant.com/what-insurance-companies-are-under-united-health.html; https://www.unitedhealthgroup.com/content/dam/UHG/PDF/2026/2026.01-uhg-wellmed-primary-care.pdf (last accessed May 12, 2026).
[2] https://start.cortera.com/company/research/l6k1pzj6s/unitedhealth-group/; https://unitedhealthgroup.localsearch.com/ (last accessed May 12, 2026)



8.      Further, on information and belief, UnitedHealth Group has at least two principal business platforms: UnitedHealthcare, which provides health insurance and benefits plans, and Optum, which provides healthcare services, technology, pharmacy, and related non-insurance medical services. [3]

9.      On information and belief, Defendant UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas, where it employs personnel involved in health plan administration, provider network management, member services, claims and reimbursement processing, utilization management, benefits administration, customer support systems, and related operational and administrative functions.

---

[3] https://insuranceinformant.com/what-insurance-companies-are-under-united-health.html; https://www.unitedhealthgroup.com/content/dam/UHG/PDF/2026/2026.01-uhg-wellmed-primary-care.pdf (last accessed May 12, 2026).

10.     On information and belief, UnitedHealthcare maintains offices and conducts business in the Richardson, Texas metropolitan area, including its UnitedHealthcare Student Resources office and facility at 1311 W. President George Bush Hwy, Suite 100, Richardson, TX 75080.[4]





---

[4] https://www.chamberofcommerce.com/business-directory/texas/richardson/health-insurance-agency/6043737-united-healthcare; https://www.chamberofcommerce.com/business-directory/texas/richardson/health-insurance-agency/6043737-united-healthcare (last accessed May 12, 2026).

11.    For example, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 2301 W Plano Parkway, Suite 300, Plano, Texas 75075.[5]



12.    For example, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 3092 N Eastman Rd., Suite 100, Longview, TX 75605.[6]

---

[5] https://www.mapquest.com/us/texas/united-healthcare-441349285 (last accessed May 12, 2026).
[6] https://www.mapquest.com/us/texas/united-healthcare-555405476; https://www.yellowpages.com/longview-tx/mip/united-healthcare-550677853 (last accessed May 12, 2026).



13.     Further, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 6101 K Avenue, Suite 100, Plano, Texas 75074.[7]

---

[7]https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22United%20Healthca re%22%20PropertyType%3APersonal%20Year%3A2026%20&searchSessionToken=xbNnQFS mRR3Mz0A6rxC8xiLptB%2B0euwSykk4peQegh4%3D%7C2026-05-08T16%3A21%3A23.6768474Z (last accessed May 5, 2026)

## Property ID: 1988933 For Year  📅 2026 ▾

### 🔖 Property Details

| Account | | |
|---|---|---|
| Property ID: | 1988933 | Geographic ID: P-9000-291-2221-1 |
| Type: | P | |
| Property Use: | | Condo: |

| Location | |
|---|---|
| Situs Address: | 6101 K AVE 00110 PLANO, TX 75074 |
| Map ID: | 114.B |
| Legal Description: | BPP AT 6101 K AVE |
| Abstract/Subdivision: | N |
| Neighborhood: | |

| Owner ❼ | |
|---|---|
| Owner ID: | 1140340 |
| Name: | UNITED HEALTHCARE SERVICES INC |
| Agent: | GRANT THORNTON LLP |
| Mailing Address: | % MN008-T390<br>9900 BREN RD E STE 300W<br>MINNETONKA, MN 55343-9603 |
| % Ownership: | 100.0% |

14.     Further, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 4001 W 15th Street, Suite 245, Plano, Texas 75093.[8]

---

[8]https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22United%20Healthca re%22%20PropertyType%3APersonal%20Year%3A2026%20&searchSessionToken=xbNnQFS mRR3Mz0A6rxC8xiLptB%2B0euwSykk4peQegh4%3D%7C2026-05-08T16%3A21%3A23.6768474Z (last accessed May 5, 2026)



| Property ID: 2117367 For Year | 2026 ▼ | | Print ▼ |
|---|---|---|---|

**🔖 Property Details**   ↑ Back to Top

| **Account** | | | |
|---|---|---|---|
| Property ID: | 2117367 | Geographic ID: | P-9000-201-6491-1 |
| Type: | P | | |
| Property Use: | | Condo: | |

| **Location** | |
|---|---|
| Situs Address: | 4001 W 15TH ST 00245 PLANO, TX 75093 |
| Map ID: | 112.T |
| Legal Description: | BPP AT 4001 W 15TH ST |
| Abstract/Subdivision: | N |
| Neighborhood: | |

| **Owner ❓** | |
|---|---|
| Owner ID: | 1140340 |
| Name: | UNITED HEALTHCARE SERVICES INC |
| Agent: | GRANT THORNTON LLP |
| Mailing Address: | % MN008-T390<br>9900 BREN RD E STE 300W<br>MINNETONKA, MN 55343-9603 |
| % Ownership: | 100.0% |

15.    Further, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 3500 E Plano Parkway, Plano, Texas 75074.[9]

---

[9]https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22United%20Healthca re%22%20PropertyType%3APersonal%20Year%3A2026%20&searchSessionToken=xbNnQFS mRR3Mz0A6rxC8xiLptB%2B0euwSykk4peQegh4%3D%7C2026-05- 08T16%3A21%3A23.6768474Z (last accessed May 5, 2026)

Property ID: 2874789 For Year  📅 2026 ▾

## 🔖 Property Details

| Account | | | |
|---|---|---|---|
| Property ID: | 2874789 | Geographic ID: P-9000-223-3062-1 | |
| Type: | P | | |
| Property Use: | | Condo: | |
| **Location** | | | |
| Situs Address: | 3500 E PLANO PKWY PLANO, TX 75074 | | |
| Map ID: | 131.A | | |
| Legal Description: | BPP AT FLEXENTIAL | | |
| Abstract/Subdivision: | | | |
| Neighborhood: | | | |
| **Owner ❓** | | | |
| Owner ID: | 1140340 | | |
| Name: | UNITED HEALTHCARE SERVICES INC | | |
| Agent: | GRANT THORNTON LLP | | |
| Mailing Address: | % MN008-T390 9900 BREN RD E STE 300W MINNETONKA, MN 55343-9603 | | |
| % Ownership: | 100.0% | | |

16.    Further, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 11601 Mesa Verde Drive, Frisco, Texas 75034.[10]

---

[10] https://www.mapquest.com/us/texas/united-healthcare-516471154 (last accessed May 12, 2026)



17.    Further, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 8080 State Highway 121, Suite 300, Mckinney, Texas 75070.[11]

---

[11]https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22United%20Healthcare%22%20PropertyType%3APersonal%20Year%3A2026%20&searchSessionToken=xbNnQFSmRR3Mz0A6rxC8xiLptB%2B0euwSykk4peQegh4%3D%7C2026-05-08T16%3A21%3A23.6768474Z (last accessed May 5, 2026)

### Property ID: 2657594 For Year  📅 2026 ▾

#### 🔖 Property Details

| Account | | |
|---|---|---|
| Property ID: | 2657594 | Geographic ID: P-9000-210-3212-1 |
| Type: | P | |
| Property Use: | | Condo: |

| Location | | |
|---|---|---|
| Situs Address: | 8080 STATE HWY 121 00300 MCKINNEY, TX 75070 | |
| Map ID: | 081.Q | |
| Legal Description: | BPP AT 8080 STATE HWY 121 | |
| Abstract/Subdivision: | | |
| Neighborhood: | | |

| Owner ❓ | |
|---|---|
| Owner ID: | 1319222 |
| Name: | UNITED HEALTHCARE SERVICES INC |
| Agent: | GRANT THORNTON LLP |
| Mailing Address: | % PROPERTY TAX<br>MN008 T390<br>9900 BREN RD E<br>HOPKINS, MN 55343-9603 |
| % Ownership: | 100.0% |

18.    Further, on information and belief, UnitedHealthcare maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 1620 North Hardin Blvd., Suite 2000, Mckinney, Texas 75071.[12]

---

[12]https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22United%20Healthcare%22%20PropertyType%3APersonal%20Year%3A2026%20&searchSessionToken=xbNnQFSmRR3Mz0A6rxC8xiLptB%2B0euwSykk4peQegh4%3D%7C2026-05-08T16%3A21%3A23.6768474Z (last accessed May 5, 2026)



19.    On information and belief, UnitedHealthcare is divided into four operating divisions: (1) UnitedHealthcare Employer & Individual, which  provides employer sponsored plans alongside individual and family plans; (2) UnitedHealthcare Medicare & Retirement, which offers Medicare Advantage, Medicare Part D, and Medicare Supplement (Medigap) coverage; (3) UnitedHealthcare Community & State, which provides Medicaid, Dual Special Needs (D-SNP), and Children's Health Insurance Program (CHIP) coverage; and (4) UnitedHealth Global, which manages plans in more than one hundred countries outside of the United States.[13]

---

[13] https://insuranceinformant.com/what-insurance-companies-are-under-united-health.html; https://www.unitedhealthgroup.com/content/dam/UHG/PDF/2026/2026.01-uhg-wellmed-primary-care.pdf (last accessed May 12, 2026)

20.     On information and belief, UnitedHealthcare of Texas, Inc. is a wholly-owned subsidiary of UnitedHealth and a part of UnitedHealthcare. On information and belief, UnitedHealthcare of Texas, Inc. is a Texas-domiciled Health Maintenance Organization ("HMO") licensed by the Texas Department of Insurance and provides HMO services in the State of Texas, including within the United States District Court for the Eastern District of Texas.[14]

21.     On information and belief, UnitedHealthcare Community Plan of Texas, Inc. is a wholly-owned subsidiary of UnitedHealth and a part of UnitedHealthcare. On information and belief, UnitedHealthcare Community Plan of Texas, Inc. is a Texas-domiciled HMO licensed by the Texas Department of Insurance and provides STAR, STAR + PLUS, STAR Kids, and CHIP programs and services in the State of Texas, including within the United States District Court for the Eastern District of Texas.[15]

22.     On information and belief, UnitedHealthcare Benefits of Texas, Inc. is a wholly-owned subsidiary of UnitedHealth and a part of UnitedHealthcare. On information and belief, UnitedHealthcare Benefits of Texas, Inc. is a Texas-domiciled Health HMO licensed by the Texas Department of Insurance and provides health plan coverage and services in the State of Texas, including within the United States District Court for the Eastern District of Texas.[16]

23.     On information and belief, Defendant Optum, created in 2011, provides medical services outside of healthcare insurance. On information and belief, Optum is divided into three operating divisions: (1) Optum Health, which manages or owns primary and specialty care clinics as well as offering telehealth; (2) Optum Insight, which provides digital services and analytics to

---

[14] https://tdi.texas.gov/hmo/profiles/05925.html (last accessed May 12, 2026).
[15] https://www.uhccommunityandstate.com/content/state-profiles/texas-profile (last accessed May 12, 2026).
[16] https://www.tdi.texas.gov/hmo/profiles/05871.html (last accessed May 12, 2026).

14

payers, providers, governments, and life sciences companies; and (3) Optum Rx, which specializes in pharmaceutical services.[17]

24.    On information and belief, Optum is a wholly owned subsidiary and core operating division of UnitedHealth Group. Through various subsidiaries and affiliates, Optum provides physician management, healthcare technology, data analytics, pharmacy services, revenue cycle management, and direct patient care services. On information and belief, Optum maintains offices in the State of Texas, including within the United States District Court for the Eastern District of Texas, for example at 2201 N Central Expressway, Suite 135, Richardson, Texas 75080, where it employs personnel involved in healthcare technology, analytics, software development, claims processing systems, pharmacy benefit management systems, and related engineering functions.[18]



---

[17] https://insuranceinformant.com/what-insurance-companies-are-under-united-health.html; https://www.unitedhealthgroup.com/content/dam/UHG/PDF/2026/2026.01-uhg-wellmed-primary-care.pdf (last accessed May 12, 2026)
[18] https://www.chamberofcommerce.com/business-directory/texas/richardson/government-office/2026422015-optum-serve (last accessed May 12, 2026)

25.     For example, on information and belief, Optum maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 5150 Regent Blvd, Irving, TX 75063.[19]



26.     Further, for example, on information and belief, Optum maintains its financial offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas at 3701 W Plano Parkway, Suite 200, Plano, Texas 75075.[20]

---

[19] https://www.mapquest.com/us/texas/optum-438866115 (last accessed May 12, 2026)
[20] https://www.optum.com/en/ (last accessed May 12, 2026)



27.    On information and belief, Defendant WellMed is an affiliated subsidiary within Optum and, accordingly, part of UnitedHealth Group. WellMed is primarily focused on physician practice management, senior-focused healthcare delivery, value-based care, population health management, and related provider network operations.

28.    On information and belief, Optum, through its webpage and related online materials, directs customers, patients, and users in Texas to the WellMed webpage and related resources for healthcare services and care options.[21]



---

[21] https://www.optum.com/en/care/locations.html (last accessed May 12, 2026).

29.     On information and belief, WellMed is primarily based in San Antonio, Texas. On information and belief, WellMed operates numerous medical clinics across Texas, maintains a network of more than 700 primary care providers and specialists, and serves more than 240,000 patients. On information and belief, WellMed is among the largest medical groups in the United States by the Medical Group Management Association.[22] On information and belief, through its affiliated provider network and related care operations, WellMed is "dedicated to caring for more than one million older adults across more than 16,000 provider offices in Texas and Florida."[23]

30.     On information and belief, WellMed maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas, for example at 4001 W 15th Street, Plano, Texas 75075, where it employs personnel involved in healthcare delivery, provider network administration, health management, claims and reimbursement processing, patient scheduling systems, care coordination platforms, and related operational and administrative functions.

31.     For example, on information and belief, WellMed maintains offices and operational facilities in the State of Texas, including within the United States District Court for the Eastern District of Texas located at 6101 K Ave, Plano, Texas 75074[24]; 8080 State Highway 121,

---

[22] https://www.wellmedhealthcare.com/patients/about-us/ (last accessed May 12, 2026).
[23] https://www.wellmedhealthcare.com/patients/about-us/ (last accessed May 12, 2026).
[24] https://doctors.wellmedhealthcare.com/locations/details/154416?CustomField=10128%3bYes &address=McKinney%2c+TX%2c+USA&distance=15&latlng=33.198%2c-96.639&sortDirection=asc&sortby=distance (last accessed May 12, 2026).

McKinney, Texas 75070[25]; 9255 Dallas Parkway, Suite 110, Frisco, Texas  75033[26]; and 4001 W

15th Street, Suite 245, Plano, Texas 75093[27].



[25]https://doctors.wellmedhealthcare.com/locations/details/116406?CustomField=10128%3bYes
&address=McKinney%2c+TX%2c+USA&distance=15&latlng=33.198%2c-
96.639&sortDirection=asc&sortby=distance(last accessed May 12, 2026).
[26]https://doctors.wellmedhealthcare.com/locations/details/11653?CustomField=10128%3bYes&
address=McKinney%2c+TX%2c+USA&distance=15&latlng=33.198%2c-
96.639&sortDirection=asc&sortby=distance (last accessed May 12, 2026).
[27]https://doctors.wellmedhealthcare.com/locations/details/5998?CustomField=10128%3bYes&a
ddress=McKinney%2c+TX%2c+USA&distance=15&latlng=33.198%2c-
96.639&sortDirection=asc&sortby=distance (last accessed May 12, 2026).







32.     On information and belief, UnitedHealth Group is the largest "health insurance provider in the United States"[28] serving more than 151 million people.[29] UnitedHealth Group employs nearly 400,000 personnel, which consists of about 142,000 clinical professionals, 50,000 customer-facing professionals, and 38,000 technology professionals.[30] Further, on information and belief, UnitedHealth Group maintains offices and facilities throughout the United States, and provides healthcare, insurance, pharmacy, technology, and administrative services on a continuous basis through online, telephonic, mobile, and in-person channels. UnitedHealth Group advertises on its website that it offers a wide range of products and services, including commercial and government-sponsored health insurance plans, Medicare and Medicaid-related offerings, pharmacy benefit management services, healthcare technology solutions, provider network

---

[28] https://www.britannica.com/money/UnitedHealth-Group (last accessed May 12, 2026).

[29] https://www.unitedhealthgroup.com/uhg/people-and-culture.html (last accessed May 12, 2026).

[30] https://www.unitedhealthgroup.com/uhg/people-and-culture.html (last accessed May 12, 2026).

services, care delivery services, analytics, and related administrative and financial products.[31]

33.     On information and belief, UnitedHealth Group makes, utilizes, services, tests, distributes, and/or offers in the State of Texas and the Eastern District of Texas financial services and technologies ("Accused Systems and Services") thereof that infringe the Patents-in-Suit, contributes to the infringement by others, and/or induce others to commit acts of patent infringement in the State of Texas and the Eastern District of Texas.

34.     On information and belief, UnitedHealth Group offers several types of financial services and technologies to its customers, employees, and/or other third parties, including the Accused Systems and Services. UnitedHealth Group 's services utilize systems, including, but not limited to Docker, Spark, and Kubernetes. These systems and services are used by various financial services and technologies managed by UnitedHealth Group to enable the financial products and services that it offers to its customers, employees, and/or other third parties. Specifically, UnitedHealth Group makes, utilizes, services, tests, distributes, and/or offers these financial systems and services throughout the world, including in the United States and Texas. These services are provided online, through UnitedHealth Group applications, and used by UnitedHealth Group Agents and UnitedHealth Group customers.

35.     On information and belief, UnitedHealth Group has regular and established places of business, at which it has committed acts of infringement and placed the Accused Systems and Services into the stream of commerce, throughout the State of Texas and the Eastern District of Texas. On information and belief, UnitedHealthcare and Optum are wholly owned subsidiaries and/or principal operating businesses of UnitedHealth Group and are actively directed, controlled,

---

[31] https://www.uhc.com/about-us?msockid=386adbb646fa6bc43eb6ce8947516a41 (last accessed May 12, 2026).

and managed by UnitedHealth Group through its senior executive leadership and centralized corporate management structure.[32]

36.     On information and belief, UnitedHealth Group maintains and utilizes authorized insurance agencies, licensed sales agents, and related distribution channels in the Eastern District of Texas, including in Plano and Richardson, Texas, through which it markets, sells, and administers insurance products and services.[33]

37.     For example, on information and belief, UnitedHealth Group employs agents and maintains insurance agency offices throughout this district, including at least in Aubrey, Allen, Richardson, Denton, Frisco, and Plano, Texas (collectively, "UnitedHealth Agencies").[34]



---

[32] https://www.unitedhealthgroup.com/ (last accessed May 12, 2026).
[33] https://www.uhc.com/agents-brokers (last accessed May 12, 2026).
[34] https://www.myuhcagent.com/SearchAgent?zip=75074&distance=25 (last accessed May 12, 2026).

### Ronald Martin

Agent page

📍 Allen, TX 75013

📞 **1-972-837-7900** (TTY 711)

✉️ **Email**

🔊 English spoken



### Susan Kuddes

Agent page

📍 Richardson, TX 75080

📞 **1-972-740-9610** (TTY 711)

✉️ **Email**

🔊 English spoken



### Dayna Kulik

Agent page

📍 Denton, TX 76210

📞 **1-940-391-2540** (TTY 711)

✉️ **Email**

🔊 English spoken



### Juan Vasquez

**1st Option Insurance Agency**

☀ Platinum Premier Producer

Agent page

📍 Frisco, TX 75035

📞 **1-214-924-5266** (TTY 711)

✉️ **Email**

🔊 English, Spanish spoken



### Yulitza Aray

**Aray Multiple Solutions LLC**

Agent page

📍 Allen, TX 75013

📞 **1-972-951-2534** (TTY 711)

✉️ **Email**

🔊 English, Spanish spoken



24

## Lakhdar Djemazi

**Insuras Health**

[ Agent page ]

📍 Plano, TX 75025

📞 **1-781-518-3959** (TTY 711)

✉ Email

🔊 French spoken

## Jinyu Shi

[ Agent page ]

📍 Frisco, TX 75035

📞 **1-904-638-2488** (TTY 711)

✉ Email

🔊 English, Mandarin spoken



## Traci Grover

**Vital Health Coverage**

[ Agent page ]

📍 Allen, TX 75013

📞 **1-214-945-7359** (TTY 711)

✉ Email

🔊 English spoken



## Drenette Smith

[ Agent page ]

📍 Richardson, TX 75081

📞 **1-909-322-2122** (TTY 711)

✉ Email

🔊 English spoken



## Hatch Insurance Agency LLC

**Hatch Insurance Agency LLC**

[ Agent page ]

📍 Frisco, TX 75036

📞 **1-817-366-8228** (TTY 711)

✉ Email

🔊 English spoken





38.    On information and belief, these offices are physical places in the district where UnitedHealth Group exercises control over the activities and holds out to the public that the services and products are from UnitedHealth Group. On information and belief, UnitedHealth Group controls the branding, plan offerings, marketing materials, and authorization of such agents and publicly holds out those locations as places where consumers may obtain UnitedHealthcare products and services.[35]

39.    Moreover, on information and belief, these agencies and agents participate in UnitedHealth Group's authorized sales and distribution network and are publicly presented as channels through which consumers may obtain UnitedHealthcare insurance products and services, wherein UnitedHealthcare markets, sells, and services insurance products offered within UnitedHealth Group.[36]

---

[35] https://www.mibsga.com/wp-content/uploads/2023/05/UnitedHealthcare-Agent-Guide-IFP-05-01-23.pdf; https://www.unitedhealthgroup.com/uhg/businesses.html (last accessed May 12, 2026).
[36] https://www.uhc.com/agents-brokers; https://www.unitedhealthgroup.com/uhg/businesses.html; https://tlcinsurancegroup.com/wp-content/uploads/2024/04/UHC-Agent-Guide-030124.pdf (last accessed May 12, 2026).

40.     On information and belief, UnitedHealth Group provides a portal that allows agents and brokers with sales tools, plan information, help desk, and training resources to create quotes and transactions, and provides access to documents, forms, product manuals and related tools, policy management information, agency reporting statements, continuing education, and professional certifications and designations that enable agents to assist UnitedHealth Group's customers. [37]





---

[37] https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.uhone.com/broker/main/default.aspx?portalsignin=broker-individual-signin&at_preview_token=lfxO_dN_ZgFVbDNkd1jWcGrbCghzUS36dgZ9qtUdNzc&at_preview_index=1_1&at_preview_listed_activities_only=true; https://www.uhc.com/sign-in?msockid=386adbb646fa6bc43eb6ce8947516a41 (last accessed May 12, 2026).



41.     On information and belief, UnitedHealth Group provides an agent portal to insurance agents for managing insurance policies and accessing UnitedHealth Group's customer support and quoting processes. For example, UnitedHealth Group advertises that it invests "$9B annually in technology and innovation and collaborating internally and externally to better meet employer and employee benefit needs."[38] Further, on information and belief, UnitedHealth Group has invested heavily in AI, automation, and custom software platforms to streamline and optimize the quote-to-bind process. For example, as of 2025, UnitedHealth has equipped 16,000 engineers with AI tools, producing 24 million lines of code to automate repetitive administrative tasks, digitize paperwork, and reduce manual intervention, accelerating the quote-to-bind cycle.[39]

42.     On information and belief, UnitedHealth Group, through its subsidiaries and affiliated businesses including UnitedHealthcare, requires appointed agents, brokers, and agencies selling its products to access company-controlled digital networks, secure portals, certification platforms, enrollment systems, and related online tools in order to market, quote, enroll, and

---

[38] https://www.uhc.com/agents-brokers/employer-sponsored-plans/working-with-us/innovation (last accessed May 12, 2026).
[39] https://www.ainvest.com/news/unitedhealth-digital-innovation-implications-long-term-growth-2509/ (last accessed May 12, 2026).

service customers for UnitedHealthcare insurance products. [40] On information and belief, access to such systems is limited to authorized users and controlled through login credentials, permissions, and continuing compliance requirements established by UnitedHealth Group. On information and belief, UnitedHealth Group controls the manner and method by which such agents receive information, submit applications, access plan data, communicate with customers, and provide services through these systems.[41] Such control is ongoing for so long as agents maintain access to UnitedHealth Group's systems, including digital tools for enrollment, policy administration, customer support, plan comparison, and quoting. Moreover, on information and belief, such access and control requires agents to generate, store, transmit, and furnish to customers UnitedHealth Group's business offerings and related materials.[42]

43.     On information and belief, agents, brokers, and agencies participating in UnitedHealth Group's authorized sales channels cannot effectively offer or sell UnitedHealthcare products and services, including obtaining quotes for potential customers, completing enrollments, servicing members, or managing renewals, without using UnitedHealth Group's company-provided systems and services, including the Accused Systems and Services. [43] On information and belief, the UnitedHealthcare platform provides agents and brokers with plan search tools, enrollment support, certification resources, member management tools, producer help desk

---

[40] https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.uhc.com/agents-brokers (last accessed May 12, 2026).
[41] https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.uhc.com/agents-brokers (last accessed May 12, 2026).
[42] https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.uhc.com/agents-brokers (last accessed May 12, 2026).
[43] https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.uhc.com/agents-brokers (last accessed May 12, 2026).

services, and related sales functionality. [44] On information and belief, insurance claims relating to UnitedHealthcare products must be submitted through UnitedHealth Group's claims systems, online portals, customer service channels, or affiliated administrative systems in order to obtain reimbursement, coverage determinations, or related benefits. [45]

44.     Furthermore, UnitedHealth Group provides comprehensive education, including onsite and offsite training, certification programs, industry-specific courses and seminars, coaching that includes personalized feedback, leadership and developments of agent's selling skills, and various opportunities for advancement and career growth.[46]

45.     On information and belief, UnitedHealth Group maintains regular and established places of business in the State of Texas, including the Eastern District of Texas, where it has committed acts of infringement and placed the Accused Systems and Services into the stream of commerce through its wholly owned subsidiaries.

46.     On information and belief, UnitedHealth Group offers various types of insurance in Texas, including in the Eastern District of Texas. For example, UnitedHealth Group advertises on its website, "Looking for individual or family health insurance in Texas? Whether you're searching for Affordable Care Act (ACA) insurance or another type of individual insurance plan, you have options. Find a Texas health care plan that works for you."[47] "UnitedHealthcare

---

[44] https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.uhc.com/agents-brokers (last accessed May 12, 2026).

[45] https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.uhc.com/agents-brokers (last accessed May 12, 2026).

[46] https://www.jobzmall.com/unitedhealth-group/faqs/what-kind-of-professional-development-opportunities-are-available-at-unitedhealth-group; https://www.uhcprovider.com/en/resource-library/training.html; https://builtin.com/company/unitedhealth-group/faq/career-growth-development; https://www.uhc.com/about-us/careers (last accessed May 12, 2026).

[47] https://www.uhc.com/individuals-families/texas?msockid=386adbb646fa6bc43eb6ce8947516a41(last accessed May 12, 2026).

Individual & Family ACA Marketplace plans offer affordable, reliable coverage options from UnitedHealthcare of Texas, Inc."[48]

47. On information and belief, UnitedHealth Group, through its subsidiaries and affiliated businesses including UnitedHealthcare, controls and sets pricing, premiums, rates, and benefit terms for insurance products offered to customers through insurance agents, brokers, and agencies located in this District, as well as through employees who remotely manage and supervise such sales channels. On information and belief, this process involves the use of actuarial and underwriting methodologies based on factors including age, location, plan design, coverage tier, claims experience, medical cost trends, provider networks, and applicable regulatory requirements.[49]

48. On information and belief, UnitedHealth Group operates direct distribution channels in which insurance products are marketed and sold through company-controlled platforms, including digital enrollment systems, call centers, branded customer-facing sales systems, and internal sales personnel, through which UnitedHealth Group centrally manages the offering and sale of its policies and benefit products.[50] Moreover, on information and belief, UnitedHealth Group also controls distribution through appointed brokers, agencies, and partner sales channels, whereby such agents and partners utilize UnitedHealth Group and/or UnitedHealthcare systems, enrollment tools, certification portals, quoting platforms, customer-

---

[48] https://www.uhc.com/individuals-families/texas?msockid=386adbb646fa6bc43eb6ce8947516a41(last accessed May 12, 2026).
[49] https://www.unitedhealthgroup.com/content/dam/UHG/PDF/investors/2025/UNH-Q4-2025-Form-10-K.pdf; https://www.uhcjarvis.com/content/jarvis/en/sign_in.html; https://www.unitedhealthgroup.com/ (last accessed May 12, 2026).
[50] https://www.uhc.com/agents-brokers; https://www.uhcjarvis.com/content/jarvis/en/sign_in.html (last accessed May 12, 2026).

management tools, sales-material portals, and integrated technology platforms in connection with the marketing, sale, and servicing of insurance products.[51]

49.    On information and belief, UnitedHealth Group, through its subsidiaries and affiliated businesses including UnitedHealthcare, Optum, and WellMed, has thousands of employees who work and reside in this District (collectively, "UnitedHealth Employees").[52] On information and belief, the UnitedHealth Group Agencies and UnitedHealth Employees in this District are regular, continuous, and established physical places of business of UnitedHealth Group, being established, ratified, and/or controlled by UnitedHealth Group as authorized agencies and residences, which are the places of business at which UnitedHealth Group makes, utilizes, services, tests, distributes, and/or offers the Accused Systems and Services.

50.    On information and belief, these UnitedHealth Group agencies are UnitedHealth Group physical places in the district along with the locations of its remote employees. These UnitedHealth Group Agencies and remote employees are provided with UnitedHealth Group advertising, policy, and technology that allow UnitedHealth Group to conduct business in the District and offer customer service.[53] The services provided are directly within UnitedHealth Group's conduct of business and include production, storage, transport, and exchange of UnitedHealth Group goods and services that constitute UnitedHealth Group's conduct of business.

---

[51] https://www.uhc.com/agents-brokers; https://www.uhcjarvis.com/content/jarvis/en/sign_in.html (last accessed May 12, 2026).
[52] https://expandedramblings.com/index.php/unitedhealth-group-statistics-and-facts/; https://www.unitedhealthgroup.com/uhg/businesses.html  (last accessed May 12, 2026).
[53] *See* https://careers.unitedhealthgroup.com/job/eden-prairie/senior-ai-ml-engineer-mlops-and-production-ai-systems-remote-or-hybrid-in-mn-dc/34088/93122317296; https://careers.mntech.org/jobs/506357679-ai-or-ml-lead-it-operations-hybrid-in-mn-or-dc-or-remote-elsewhere-at-unitedhealth-group; https://careers.unitedhealthgroup.com/search-jobs (last accessed May 12, 2026).

The primary operations of the UnitedHealth Agencies and remote employees are not ancillary to the UnitedHealth Group business of providing insurance and financial services.

51.    On information and belief, UnitedHealth Group further ratifies and holds these UnitedHealth Agencies and UnitedHealth Employees out as regular and established places of business of UnitedHealth Group in this District by recruiting, hiring, training, offering compensation and benefits to, controlling, and/or labeling as authorized or certified UnitedHealth Employees and Agents some or all of the employees or agents employed in this District, including for example, UnitedHealth insurance agents, customer service representatives, claims specialists, sales associates, sales managers, underwriters, financial professionals, insurance specialists, and managers.[54] UnitedHealth Group provides its UnitedHealth Agents step-by-step instructions regarding how to provide its insurance services, access to a secure network, and access portal. On information and belief, UnitedHealth Group instructs, trains, monitors, and makes the decision on whether to continue with or terminate the UnitedHealth Agencies. On information and belief, UnitedHealth Group and its UnitedHealth Agencies enter into contracts that control how the UnitedHealth Group product offerings can be used, the timing and location of the product offerings, and provides UnitedHealth Agencies with a portal and applications to facilitate UnitedHealth Group business. On information and belief, UnitedHealth Group exercises control of UnitedHealth Agents through training, instructions, access to technology, collaboration through

---

[54] *See, e.g.*, https://www.uhc.com/agents-brokers;
https://www.uhcjarvis.com/content/jarvis/en/sign_in.html;
https://careers.unitedhealthgroup.com/job/eden-prairie/senior-ai-ml-engineer-mlops-and-production-ai-systems-remote-or-hybrid-in-mn-dc/34088/93122317296;
https://careers.mntech.org/jobs/506357679-ai-or-ml-lead-it-operations-hybrid-in-mn-or-dc-or-remote-elsewhere-at-unitedhealth-group; https://careers.unitedhealthgroup.com/search-jobs/Richardson%2C%20TX/34088/4/6252001-4736286-4684904-4722625/32x94818115234375/-96x72972106933594/50/2 (last accessed May 12, 2026).

the direction of UnitedHealth Group, and through the ability to continue or terminate the relationship. On information and belief, the relationship between UnitedHealth Group and its UnitedHealth Agencies provide UnitedHealth Group with the right of interim control.

52.     On information and belief, UnitedHealth Group compensates remote workers for expenses and utilities related to remote work, and UnitedHealth Group materials, goods, and services are stored at the home offices of UnitedHealth Employees and at the UnitedHealth Agencies, including in the State of Texas and the Eastern District of Texas.

53.     On information and belief, UnitedHealth Group further ratifies and holds these UnitedHealth Agencies and UnitedHealth Employees out as regular and established places of business of UnitedHealth Group by providing them with promotions, equipment, and sharing customer data with these UnitedHealth Agencies and UnitedHealth Employees to offer customized UnitedHealth Group services.

54.     On information and belief, UnitedHealth Group has established, ratified, and holds these UnitedHealth Agencies and UnitedHealth Employees out as regular and established places of business of UnitedHealth Group by directing and controlling these UnitedHealth Agencies' and UnitedHealth Employees' actions and services in the foregoing manner, and has consented to these UnitedHealth Agencies and UnitedHealth Employees acting on UnitedHealth Group's behalf and being UnitedHealth Group's places of business, whereby the Accused Systems and Services are made, utilized, serviced, tested, distributed, and/or offered and placed into the stream of commerce in this District. These UnitedHealth Agencies and UnitedHealth Employees have consented to act on UnitedHealth Group's behalf pursuant to the foregoing terms of control and direction in order to be able to offer financial services that utilize the Accused Systems and Services.

34

55. On information and belief, UnitedHealth Group further ratifies and holds these UnitedHealth Group locations, UnitedHealth Agencies, and UnitedHealth Employees out as regular and established places of business of UnitedHealth Group in this District by recruiting, hiring, training, offering compensation and benefits to, controlling, and/or labeling as authorized or certified UnitedHealth Employees who are software engineers that work on and/or develop the Accused Services and Systems. On information and belief, UnitedHealth Group has numerous technical employees in the Eastern District who develop and implement the Accused Systems and Services, including data engineers, data platform engineers, software engineers, DevOps engineers, data analysts, and developers.[55]

---

[55] https://careers.unitedhealthgroup.com/search-jobs/engineer/Richardson%2C%20TX/34088/1/4/6252001-4736286-4684904-4722625/32x94818/-96x72972/50/2; https://www.dice.com/job-detail/5b8758ed-54bb-4808-8c01-967cd9955a70; https://www.linkedin.com/in/celya-ijere-242216106/
https://www.linkedin.com/in/satya-tanekella-412233ba/;
https://www.linkedin.com/in/zimingzhao/; https://www.linkedin.com/in/felix-ho-13800127/;
https://www.linkedin.com/in/vivek-k-a3629a28a/;
https://www.linkedin.com/in/ravikirans/;
https://www.linkedin.com/in/sai-vishwanath-telekepally/;
https://www.linkedin.com/in/venkat-balakavi-6592839/;
https://www.linkedin.com/in/karthinatarajan/;
https://www.linkedin.com/in/venkat-balakavi-6592839/;
https://www.linkedin.com/in/balakrishnathati/;
https://www.linkedin.com/in/magloire-k-m-448a7628a/;
https://www.linkedin.com/in/sarthakdhakal/;
https://www.linkedin.com/in/sudhakarjoshiplano/;
https://www.linkedin.com/in/ravishankarvb/;
https://www.linkedin.com/in/suren-malireddy-83089aa/;
https://www.linkedin.com/in/pooja-tandon-56006233/;
https://www.linkedin.com/in/bing-chen-35519423/;
https://www.linkedin.com/in/thomas-yee-70b0071/;
https://www.linkedin.com/in/michael-mohr-pmp-726aa8a2/;
https://www.linkedin.com/in/megnath-mukkaiah-shanmugaiah-705842117/;
https://www.linkedin.com/in/rajesh-annam/;
https://www.linkedin.com/in/suryavalina/;
https://www.linkedin.com/in/anuragp0108/;
https://www.linkedin.com/in/jamason/ (last accessed May 12, 2026).

56.   On information and belief, UnitedHealth Group further ratifies and holds these UnitedHealth Group locations out as regular and established places of business of UnitedHealth Group in this District by recruiting, hiring, training, offering compensation and benefits to, controlling, and/or labeling as authorized or certified UnitedHealth Group employees who are support staff and employees that support UnitedHealth Group's business in the District.[56]

57.   On information and belief, UnitedHealth Group servers, or servers that are run on behalf of UnitedHealth Group and subject to its control, are involved in the infringement of the Patents-in-Suit. On information and belief, UnitedHealth Group provides instructions on how to use its various systems and offerings, the use of which results in infringement of the Patents-in-Suit through performance of the claimed methods and use of the claimed systems are controlled and beneficial use is derived in this District.

58.   On information and belief, UnitedHealth Group's servers located in this District and/or backend servers controlled by UnitedHealth Group located in this District and elsewhere in Texas process information about products and services in this District so they can be offered and

---

[56] https://www.linkedin.com/in/jjwhite68/;
https://www.linkedin.com/in/tisa-wheeler-a2853839/;
https://www.linkedin.com/in/pam-roberson-39b82736/;
https://www.linkedin.com/in/pam-roberson-39b82736/;
https://www.linkedin.com/in/annmarie-medina-92b29420/;
https://www.linkedin.com/in/alvis-smith-77462b36/;
https://www.linkedin.com/in/victoria-neidell-2719348/;
https://www.linkedin.com/in/tyler-sanders-5155b6105/;
https://www.linkedin.com/in/jean-puckett-6b619320/;
https://www.linkedin.com/in/mellody-williams-33485448/;
https://www.linkedin.com/in/karen-billington-4969a423/;
https://www.linkedin.com/in/jeffro1975/;
https://www.linkedin.com/in/katiechien/;
https://www.linkedin.com/in/michelleshayrusk/;
https://www.linkedin.com/in/kimberly-rudd-61545516/;
https://www.linkedin.com/in/kelly-millender-883470ab/ (last accessed May 12, 2026).

36

delivered to customers in this District and elsewhere, all of which constitutes material conduct that is part of, and helps establish, UnitedHealth Group's infringement of the patented systems and techniques relating to the Accused Products and Services.

## JURISDICTION AND VENUE

59.    This is an action for patent infringement arising under the patent laws of the United States. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

60.    This Court has personal jurisdiction over Defendants because UnitedHealth Group conducts business in and has committed acts of patent infringement, contributed to infringement by others, and/or induced others to commit acts of patent infringement in this District, the State of Texas, and elsewhere in the United States and has established minimum contacts with this forum state such that the exercise of jurisdiction over UnitedHealth Group would not offend the traditional notions of fair play and substantial justice. On information and belief, UnitedHealth Group transacts substantial business with entities and individuals in the State of Texas and the Eastern District of Texas, by among other things, making, utilizing, servicing, testing, distributing, and/or offering UnitedHealth Group's services that infringe the Patents-in-Suit, including the infringing Accused Systems and Services that UnitedHealth Group purposefully directs into the State of Texas and this District as alleged herein, as well as by providing service and support to its partners, vendors, and/or third-parties in this District. UnitedHealth Group places the Accused Systems and Services into the stream of commerce via authorized and established distribution channels with the knowledge and expectation that they will be made, utilized, serviced, tested, distributed, and/or offered in the State of Texas, including this District.

61.    UnitedHealth Group is subject to this Court's general and specific jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to UnitedHealth Group's

substantial business in the State of Texas and this District, including through its past and continuing infringing activities, because UnitedHealth Group regularly does and solicits business herein, and/or because UnitedHealth Group has engaged in persistent conduct and/or has derived and continues to derive substantial revenues from offered financial services that utilize the Accused Systems and Services offered to partners, vendors, and/or third-parties in the State of Texas and this District.

62.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because UnitedHealth Group resides in this District as it maintains numerous regular and established places of business in this District, and has committed and continues to commit acts of infringement in this District giving rise to this Action.

## FACTUAL BACKGROUND

63.     Intellectual Ventures Management, LLC ("Intellectual Ventures Management") was founded in 2000. Since then, Intellectual Ventures Management has been involved in the business of inventing. Intellectual Ventures Management facilitates invention by inventors and the filing of patent applications for those inventions, collaboration with others to develop and patent inventions, and the acquisition and licensing of patents from individual inventors, universities, corporations, and other institutions. A significant aspect of Intellectual Ventures Management's business is managing the Plaintiffs in this case, Intellectual Ventures I and Intellectual Ventures II.

64.     One of the founders of Intellectual Ventures Management is Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in a variety of executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996. While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost

software experts. Between 1986 and 2000, Microsoft became the world's largest technology company.

65.     Under Dr. Myhrvold's leadership, Intellectual Ventures acquired many patents covering important inventions now used in the financial services industry.

66.     UnitedHealth Group's Accused Products and Services utilize and/or are supported by various technologies, including but not limited to Kubernetes, Docker, and Spark. Certain of these products and services, such as Kubernetes, Docker, and Spark, are technologies used and managed by UnitedHealth Group to enable the various products and services that UnitedHealth Group offers to its customers. UnitedHealth Group makes, manufactures, utilizes, services, tests, distributes, offers, and/or sells these products and services throughout the world, including in the United States and the State of Texas.

## THE PATENTS-IN-SUIT

### *U.S. Patent No. 7,712,080*

67.     On May 4, 2010, the PTO issued the '080 Patent, titled "Systems and Methods for Parallel Distributed Programming." The '080 Patent is valid and enforceable. A copy of the '080 Patent is attached as Exhibit 1.

68.     Intellectual Ventures I LLC is the exclusive licensee under the '080 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '080 Patent.

69.     The claims of the '080 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

39

*U.S. Patent No. 8,332,844*

70.    On December 11, 2012, the PTO issued the '844 Patent, titled "Root Image Caching and Indexing for Block-Level Distributed Application Management." The '844 Patent is valid and enforceable. A copy of the '844 Patent is attached as Exhibit 2.

71.    Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '844 Patent.

72.    The claims of the '844 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

*U.S. Patent No. 8,352,584*

73.    On January 8, 2013, the PTO issued the '584 Patent, titled "Systems for Hosting Customized Computing Clusters." The '584 Patent is valid and enforceable. A copy of the '584 Patent is attached as Exhibit 3.

74.    Intellectual Ventures II LLC is the owner of all rights, title, and interest in and to the '584 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '584 Patent.

75.    The claims of the '584 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

*U.S. Patent No. 7,822,841*

76.    On October 26, 2010, the PTO issued the '841 Patent, titled "Method and System for Hosting Multiple, Customized Computing Clusters." The '841 Patent is valid and enforceable. A copy of the '841 Patent is attached as Exhibit 4.

77.    Intellectual Ventures II is the owner of all rights, title, and interest in and to the '841 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '841 Patent.

78.    The claims of the '841 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

## COUNT I

(UnitedHealth Group's Infringement of U.S. Patent No. 7,712,080)

79.    Paragraphs 1 through 78 are incorporated by reference as if fully set forth herein.

80.    **Direct Infringement.** UnitedHealth Group, without authorization or license from Intellectual Ventures I, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '080 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '080 Patent, including but not limited to at least the Accused Systems and Services that include without limitation UnitedHealth Group systems and services that utilize Spark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future UnitedHealth Group systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example

41

UnitedHealth Count I Systems and Services" or "UnitedHealth Systems and Services")[57] literally or by the doctrine of equivalents.

81. On information and belief, UnitedHealth Group has also infringed and continues to directly infringe literally or under the doctrine of equivalents, the Example '080 Patent Claims, by internal testing and use of the Example UnitedHealth Count I Products and Services.

82. Each claim of the '080 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. The '080 Patent is related to systems and methods for parallel distributed programming over multiple processors and multiple memories including a distributed shared variable. The '080 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of efficiently programming tasks and threads in a parallel distributed program, among other issues. For example, the '080 Patent describes in column 1 at lines 25-30 that software "for operation on multiple processors that uses multiple memory areas" is "more complex" and is generally referred to as "parallel distributed programs." The Patent further describes different approaches to developing such programs at column 1 line 31 to column 2 line 2, but explains that existing approaches were problematic because developing source code "may be burdensome to develop because programming the multiple tasks and threads and having them send and receive messages to each other may dramatically change the code structure and data structure of the original

---

[57] Plaintiffs do not accuse the public clouds of Defendants, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs accuse Defendants' private clouds that implement UnitedHealth Systems and Services and non-licensed uses of public clouds that Defendants use to support UnitedHealth Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendants' activities, Plaintiffs will meet and confer with Defendants about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

algorithm" or are "generally not as efficient" because they "may require a transfer of large amounts of data from the memory" on different processor(s) and "thus may not satisfy the need for high performance parallel computing." The '080 Patent further describes that "improved systems and methods for parallel distributed programming are desirable" at column 2 lines 3-4. The '080 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims, including claim 9. Additionally, the claims of the '080 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 9 were not routine or conventional, as evidenced by the '080 Patent file history: "transforming the at least one distributed sequential computing program into at least one distributed parallel computing program by spawning at least one child distributed sequential computing program from the at least one distributed sequential computing program when at least one intermediate condition occurs within the at least one distributed sequential computing program, wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation."

83.     On information and belief, the UnitedHealth Systems and Services use Spark in UnitedHealth Group's private cloud(s). For example, UnitedHealth Group posts, or has posted,

43

job opportunities that require familiarity with Spark technology and its engineers identify specific experience with Spark technology.[58]

84.     On information and belief, UnitedHealth Group uses Spark at least on-premises and/or in a private cloud, and on information and belief, uses non-licensed Spark and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services.

85.     On information and belief, UnitedHealth Group directly infringes the asserted claims of the '080 Patent, either literally or under the doctrine of equivalents, through at least using Spark in the UnitedHealth Systems and Services.

86.     In addition, on information and belief, UnitedHealth Group directly infringes the '080 Patent by testing the UnitedHealth Systems and Services and its various systems that use Spark.

---

[58] https://careers.mntech.org/jobs/506357679-ai-or-ml-lead-it-operations-hybrid-in-mn-or-dc-or-remote-elsewhere-at-unitedhealth-group (UHG job postings that explicitly require candidates to have "2+ years of experience in distributed systems technologies like Spark, Databricks, Hadoop, Snowflake" and "5+ years of experience in Python and SQL, with hands-on experience using distributed data processing frameworks such as Spark"). The explicit mention of hybrid architectures ties Spark usage to on-premise environments; https://www.glassdoor.com/Job/richmond-optum-jobs-SRCH_IL.0,8_IC2303209_KO9,14.htm (Optum data engineering role lists designing, developing, and maintaining "data pipelines to ingest, transform, and store healthcare data from various enterprise data sources," with required skills including Spark); https://www.linkedin.com/in/sudhir-h-12242b179 (LinkedIn profile for UHG Spark Developer); https://www.linkedin.com/in/abhiramu-chandupatla-a58a8a248 (LinkedIn profile for UHG software engineer with significant Spark, Kafka, and real-time analytics framework experience); https://www.linkedin.com/in/brian-gou-5838541a7 (LinkedIn profile for UHG Data Engineer with experience in Spark and "Data visualization."); https://in.linkedin.com/in/anjali-goyal-9ab64a180 (Linkedin profile for Optum Spark Software Development Engineer); https://in.linkedin.com/in/surekanitin (LinkedIn profile for Optum Data Engineer with experience in Spark SQL); https://www.starburst.io/resources/optum-case-study/ (case study stating that Optum has relied on Spark SQL for data analysis) (last accessed May 12, 2026).

87.     On information and belief, UnitedHealth Group has known that its infringing products and services, such as the Example Count I Products and Services, cannot be used without infringing the '080 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

88.     **Willful Blindness.** UnitedHealth Group knew of the '080 Patent, or should have known of the '080 Patent, but was willfully blind to its existence. UnitedHealth Group has had actual knowledge of the '080 Patent not later than receipt of a letter, dated May 13, 2026, and received on the same date. By the time of trial, UnitedHealth Group will have known (at least since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '080 Patent. *See* Exhibit 6 (May 13, 2026 Notice Letter).

89.     **Induced Infringement.** UnitedHealth Group has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example UnitedHealth Count I Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '080 Patent. For example, on information and belief, UnitedHealth Group offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example UnitedHealth Count I Products and Services. UnitedHealth Group has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by offering such products and services and contributing to and/or inducing its customers and third

parties and/or employees to use such products and services that are associated with backend functionality provided by the Example UnitedHealth Count I Products and Services.

90. On information and belief, UnitedHealth Group, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '080 Patent by inducing its employees, customers, and other third parties (such as vendors) to use UnitedHealth Systems and Services, and provides documents that include instructions regarding how to use UnitedHealth Group products and services that use Spark in the UnitedHealth Systems and Services in an infringing manner.

91. On information and belief, UnitedHealth Group supplies its employees, customers, and other third parties with access to the UnitedHealth Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, UnitedHealth Group provides instructions on how to use its various products and services that use Spark in the UnitedHealth Systems and Services in an infringing manner, the use of which results in infringement of the '080 Patent claims through performance of the claimed methods.

92. On information and belief, UnitedHealth Group therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '080 Patent with knowledge of the '080 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '080 Patent. UnitedHealth Group has actively induced others, including, but not limited to, partners, vendors, customers, and/or third-parties who use the Example UnitedHealth Count I Products and Services to infringe the '080 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among

46

other things, advertising, promoting, and instructing the infringing use of the Example UnitedHealth Count I Products and Services.

93.    **Contributory Infringement.** UnitedHealth Group actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia,* knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '080 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '080 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

94.    UnitedHealth Group therefore actively, knowingly, and intentionally has been and continues to materially contribute to its partners', vendors', and/or third-parties' infringement of the '080 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example UnitedHealth Count I Products and Services for use in a manner that infringes one or more claims of the '080 Patent. Example UnitedHealth Count I Products and Services are especially made or adapted for infringing the '080 Patent and have no substantial non-infringing use.

95.    Exhibit 7 (claim chart) includes the Example UnitedHealth I Products and Services and Example '080 Patent Claims. As set forth in the chart, the Example UnitedHealth Count I Products and Services practice the technology claimed by the '080 Patent. Accordingly, the Example UnitedHealth Count I Products and Services incorporated in the chart satisfy all elements of the Example '080 Patent Claims.

47

96.     Intellectual Ventures I therefore incorporates by reference in its allegations herein the claim chart of Exhibit 7.

97.     Intellectual Ventures I is entitled to recover damages adequate to compensate for Defendants' infringement of the '080 Patent and will continue to be damaged by such infringement. Intellectual Ventures I is entitled to recover damages from Defendant to compensate for Defendants' infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

98.     Further, Defendants' infringement of Intellectual Ventures I's rights under the '080 Patent will continue to damage Intellectual Ventures I's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

99.     As a result of Defendants' acts of infringement, Intellectual Ventures I has suffered and will continue to suffer damages in an amount to be proven at trial.

## **COUNT II**

(UnitedHealth Group's Infringement of U.S. Patent No. 8,332,844)

100.     Paragraphs 1 through 99 are incorporated by reference as if fully set forth herein.

101.     **Direct Infringement**. UnitedHealth Group, without authorization or license from Intellectual Ventures II, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '844 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '844 Patent, including but not limited to at least the Accused Systems and Services include without limitation UnitedHealth Group systems and services that utilize Docker; all past, current, and future systems and services that operate in

48

the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future UnitedHealth Group systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example UnitedHealth Group Count II Systems and Services" or "UnitedHealth Systems and Services")[59] literally or by the doctrine of equivalents.

102. On information and belief, UnitedHealth Group has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '844 Patent Claims, by internal testing and use of the Example UnitedHealth Count II Products and Services.

103. Each claim of the '844 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. For example, the '844 Patent is related to root image caching and indexing for block-level distributed application management. The '844 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of updating the boot image(s) for the cluster, among other issues. For example, the '844 Patent describes at column 1 lines 64-67 that "[r]egardless of which of the preceding methods is used, both suffer from the same major problem-updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image." The '844 Patent addressed this technical problem and others with a technical solution that is reflected in the asserted claims, including, for example, claim 7. Additionally, the claims of the

---

[59] Plaintiffs do not accuse the public clouds of Defendants, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs accuse Defendants' private clouds that implement UnitedHealth Systems and Services and non-licensed use of public clouds that Defendants use to support UnitedHealth Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendants' activities, Plaintiffs will meet and confer with Defendants about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

'844 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 7 were not routine or conventional, as evidenced by the '844 Patent file history: "said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image" and "wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes."

104.    On information and belief, the UnitedHealth Systems and Services use Docker technology in at least UnitedHealth Group's on-premise and/or private cloud(s). For example, UnitedHealth Group posts, or has posted, job opportunities that require familiarity with Docker containerization concepts and it has engineers who indicate that they use Docker as part of their job responsibilities.[60]

105.    On information and belief, other information confirms UnitedHealth Group uses non-licensed implementations of Docker. On information and belief, OpenStack supports

---

[60] https://careers.unitedhealthgroup.com/job/eden-prairie/senior-ai-ml-engineer-mlops-and-production-ai-systems-remote-or-hybrid-in-mn-dc/34088/93122317296 (UHG job posting for a Senior AI/ML Engineer (MLOps) requiring candidates to "containerize and deploy ML workloads using Docker and Kubernetes, ensuring scalability and reliability" and to "implement infrastructure-as-code (Terraform or equivalent) for reproducible and secure ML environments" and further requires "3+ years of experience with Docker and Kubernetes in production environments."); https://freshercareers.in/optum-off-campus-hiring-2024/ (Optum hiring posting for a Software Engineer describing a role that requires both operational and modernization responsibilities, including to "build and deploy Docker containers for multiple applications within Kubernetes environments" while also working to "improve existing engineering operations by standardizing and transitioning legacy on-premise solutions to cloud platforms."); https://ca.linkedin.com/in/asma-mahdi-38288530b (LinkedIn profile for United Health Group engineer who works on Kubernetes and Docker); https://in.linkedin.com/in/vimalkumar4 (LinkedIn profile for United Health Group engineer who works on Docker) (last accessed May 12, 2026).

container technologies including Docker, Kubernetes, and Mesos.[61] There are also various publicly-available articles that discuss how to install and use Docker and other similar container technologies on OpenStack.[62]

106.   On information and belief, UnitedHealth Group uses at least on-premises and/or private cloud, and on information and belief, uses non-licensed Docker and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services.

107.   Each claim of the '844 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '844 Patent.

108.   On information and belief, UnitedHealth Group directly infringes the asserted claims of the '844 Patent, either literally or under the doctrine of equivalents, through at least using Docker in the UnitedHealth Systems and Services.

109.   In addition, on information and belief, UnitedHealth Group directly infringes the '844 Patent by testing the UnitedHealth Systems and Services and its various systems that use Docker.

110.   On information and belief, UnitedHealth Group has known that its infringing products and services, such as the Example UnitedHealth Count II Products and Services, cannot be used without infringing the '844 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

---

[61] https://www.openstack.org/use-cases/containers/ (last accessed May 12, 2026).
[62] *See, e.g.*, https://www.codegenes.net/blog/how-do-i-install-docker-using-cloud-init/; https://hostadvice.com/how-to/web-hosting/containers/how-to-deploy-docker-containers-with-openstack-heat/ (last accessed May 12, 2026).

111.    **Willful Blindness.** UnitedHealth Group knew of the '844 Patent, or should have known of the '844 Patent, but was willfully blind to its existence. UnitedHealth Group has had actual knowledge of the '844 Patent not later than receipt of a letter, dated April 29, 2025, and May 13, 2026, and received on the same date. By the time of trial, UnitedHealth Group will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '844 Patent. *See* Exhibit 5 (April 29, 2025 Notice Letter); Exhibit 6 (May 13, 2026 Notice Letter). Further, UnitedHealth Group has had actual knowledge of the '844 Patent not later than receipt of a letter, dated May 13, 2026, and received on the same date. By the time of trial, UnitedHealth Group will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '844 Patent. *See* Exhibit 5 (April 29, 2025 Notice Letter); Exhibit 6 (May 13, 2026 Notice Letter).

112.    **Induced Infringement.** UnitedHealth Group has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '844 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or its products and services, such as Example UnitedHealth Count II Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '844 Patent. For example, on information and belief, UnitedHealth Group offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example UnitedHealth Count II Products and Services. UnitedHealth Group has contributed to and/or induced and continues to contribute to and/or induce the infringement of the '844 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or

employees to use such products and services that are associated with backend functionality provided by the Example UnitedHealth Count II Products and Services.

113.    On information and belief, UnitedHealth Group, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '844 Patent by inducing its employees, customers, and other third parties (such as vendors) to use UnitedHealth Systems and Services, and provides documents that include instructions regarding how to use UnitedHealth Group products and services that use Docker in the UnitedHealth Systems and Services in an infringing manner.

114.    On information and belief, UnitedHealth Group supplies its employees, customers, and other third parties with access to the UnitedHealth Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, UnitedHealth Group provides instructions on how to use its various products and services that use Docker in the UnitedHealth Systems and Services in an infringing manner, the use of which results in infringement of the '844 Patent claims through performance of the claimed methods.

115.    UnitedHealth Group therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '844 Patent with knowledge of the '844 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '844 Patent. UnitedHealth Group has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example UnitedHealth Count II Products and Services to infringe the '844 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising,

53

promoting, and instructing the infringing use of the Example UnitedHealth Count II Products and Services.

116. **Contributory Infringement.** UnitedHealth Group actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '844 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '844 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

117. UnitedHealth Group therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '844 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example UnitedHealth Count II Products and Services for use in a manner that infringes one or more claims of the '844 Patent. Example UnitedHealth Count II Products and Services are especially made or adapted for infringing the '844 Patent and have no substantial non-infringing use.

118. Exhibit 8 (claim chart) includes the Example UnitedHealth II Products and Services and Example '844 Patent Claims. As set forth in the chart, the Example UnitedHealth Count II Products and Services practice the technology claimed by the '844 Patent. Accordingly, the Example UnitedHealth Count II Products and Services incorporated in the chart satisfy all elements of the Example '844 Patent Claims.

54

119. Intellectual Ventures II therefore incorporates by reference in its allegations herein the claim chart of Exhibit 8.

120. Intellectual Ventures II is entitled to recover damages adequate to compensate for Defendants' infringement of the '844 Patent and will continue to be damaged by such infringement. Intellectual Ventures II is entitled to recover damages from Defendants to compensate them for Defendants' infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

121. Further, Defendants' infringement of Intellectual Ventures II's rights under the '844 Patent will continue to damage Intellectual Ventures II's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

122. As a result of Defendants' acts of infringement, Intellectual Ventures II has suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT III

(UnitedHealth Group's Infringement of U.S. Patent No. 8,352,584)

123. Paragraphs 1 through 122 are incorporated by reference as if fully set forth herein.

124. **Direct Infringement**. UnitedHealth Group, without authorization or license from Intellectual Ventures II, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '584 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '584 Patent, including but not limited to at least the Accused Systems and Services include without limitation UnitedHealth Group systems and services that utilize multi-cluster Kubernetes; all past, current, and future systems and services

that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future UnitedHealth Group systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example UnitedHealth Group Count III Systems and Services" or "UnitedHealth Systems and Services")[63] literally or by the doctrine of equivalents.

125.    On information and belief, UnitedHealth Group has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '584 Patent Claims, by internal testing and use of the Example UnitedHealth Count III Products and Services.

126.    Each claim of the '584 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. The '584 Patent is related to secure, customizable computer clusters and detecting cluster-level and node-level issues. The '584 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of multi-cluster configuration management and efficient usage of cluster resources, among other issues. For example, the '584 Patent at column 1 lines 39-43 and column 2 lines 12-20 describes issues with setup, configuration, and management of multi-cluster environments, and also describes at column 2 lines 26-51 the need for multi-cluster systems that are configured to a computing task, and describes multiple failed attempts at solutions to issues involving multi-cluster systems. The '584 Patent addressed this technical problem and others with

---

[63] Plaintiffs do not accuse the public clouds of Defendants, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs accuse Defendants' private clouds that implement UnitedHealth Systems and Services and non-licensed use of public clouds that Defendants use to support UnitedHealth Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendants' activities, Plaintiffs will meet and confer with Defendants about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

a technical solution that is described in the specification for example at column 2 line 64 to column 3 line 3 and captured by one or more claims, including for example claim 1. Additionally, the claims of the '584 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '584 Patent file history: "a monitoring system to monitor operations of the first cluster or the second cluster for communication problems," "wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network," and "wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network," and "wherein communications between the first cluster and the second cluster are isolated."

127.    On information and belief, the UnitedHealth Systems and Services use Kubernetes technology in at least UnitedHealth Group's on-premise and/or private cloud(s). For example, UnitedHealth Group posts, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts and it has engineers who indicate that they use Kubernetes as part of their job responsibilities.[64]

---

[64] https://www.ziprecruiter.com/c/Optum/Job/Advanced-Analytics-Senior-DevOps-Engineer-Remote-PST/-in-Everett,WA?jid=a2beb50c6603051c (UHG/Optum Care Network job posting for a Senior DevOps Engineer requiring candidates to "create automated orchestration and deployment solutions using Visual Studio development environment with on-prem TFS and DevOps server using Active Batch, Kubernetes, or other orchestration system."); https://careers.unitedhealthgroup.com/job/eden-prairie/senior-ai-ml-engineer-mlops-and-production-ai-systems-remote-or-hybrid-in-mn-dc/34088/93122317296 (UHG job posting for a Senior AI/ML Engineer (MLOps) requiring candidates to "containerize and deploy ML workloads using Docker and Kubernetes, ensuring scalability and reliability" and to "implement

128.    On information and belief, other information confirms UnitedHealth Group uses non-licensed implementations of Kubernetes. On information and belief, OpenStack supports container technologies including Docker, Kubernetes, and Mesos.[65]

129.    On information and belief, UnitedHealth Group uses at least on-premises and/or private cloud, and on information and belief, uses non-licensed Kubernetes and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services.

130.    Each claim of the '584 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '584 Patent.

131.    On information and belief, UnitedHealth Group directly infringes the asserted claims of the '584 Patent, either literally or under the doctrine of equivalents, through at least using Kubernetes in the UnitedHealth Systems and Services.

132.    In addition, on information and belief, UnitedHealth Group directly infringes the '584 Patent by testing the UnitedHealth Systems and Services and its various systems that use Kubernetes.

---

infrastructure-as-code (Terraform or equivalent) for reproducible and secure ML environments" and further requires "3+ years of experience with Docker and Kubernetes in production environments."); https://freshercareers.in/optum-off-campus-hiring-2024/ (Optum hiring posting for a Software Engineer describing a role that requires both operational and modernization responsibilities, including to "build and deploy Docker containers for multiple applications within Kubernetes environments" while also working to "improve existing engineering operations by standardizing and transitioning legacy on-premise solutions to cloud platforms."); https://www.linkedin.com/jobs/view/lead-devops-engineer-kubernetes-deployments-gitops-at-optum-4394670682 (LinkedIn Optum job posting for "technical leader accountable for designing, building, and operating Kubernetes deployment platforms using GitOps"); https://in.linkedin.com/in/sparsh-mishra (LinkedIn profile for Optum engineer who works on Kubernetes); https://ca.linkedin.com/in/asma-mahdi-38288530b (LinkedIn profile for United Health Group engineer who works on Kubernetes and Docker) (last accessed May 12, 2026).
[65] https://www.openstack.org/use-cases/containers/ (last accessed May 12, 2026).

133.    On information and belief, UnitedHealth Group has known that its infringing products and services, such as the Example UnitedHealth Count III Products and Services, cannot be used without infringing the '584 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

134.    **Willful Blindness.** UnitedHealth Group knew of the '584 Patent, or should have known of the '584 Patent, but was willfully blind to its existence. UnitedHealth Group has had actual knowledge of the '584 Patent not later than receipt of a letter, dated April 29, 2025, and received on the same date. *See* Exhibit 5 (April 29, 2025 Notice Letter); Exhibit 6 (May 13, 2026 Notice Letter). By the time of trial, UnitedHealth Group will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '584 Patent. *See* Exhibit 5 (April 29, 2025 Notice Letter); Exhibit 6 (May 13, 2026 Notice Letter).

135.    **Induced Infringement.** UnitedHealth Group has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '584 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or its products and services, such as Example UnitedHealth Count III Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '584 Patent. For example, on information and belief, UnitedHealth Group offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example UnitedHealth Count III Products and Services. UnitedHealth Group has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '584 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or

employees to use such products and services that are associated with backend functionality provided by the Example UnitedHealth Count III Products and Services.

136. On information and belief, UnitedHealth Group, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '584 Patent by inducing its employees, customers, and other third parties (such as vendors) to use UnitedHealth Systems and Services, and provides documents that include instructions regarding how to use UnitedHealth Group products and services that use Kubernetes in the UnitedHealth Systems and Services in an infringing manner.

137. On information and belief, UnitedHealth Group supplies its employees, customers, and other third parties with access to the UnitedHealth Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, UnitedHealth Group provides instructions on how to use its various products and services that use Kubernetes in the UnitedHealth Systems and Services in an infringing manner, the use of which results in infringement of the '584 Patent claims through performance of the claimed methods.

138. On information and belief, UnitedHealth Group therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '584 Patent with knowledge of the '584 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '584 Patent. UnitedHealth Group has actively induced others, including, but not limited to, partners, vendors, customers, and/or third-parties who use the Example UnitedHealth Count III Products and Services to infringe the '584 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among

60

other things, advertising, promoting, and instructing the infringing use of the Example UnitedHealth Count III Products and Services.

139. **Contributory Infringement.** UnitedHealth Group actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '584 Patent by its customers, partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '584 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

140. UnitedHealth Group therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '584 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example UnitedHealth Count III Products and Services for use in a manner that infringes one or more claims of the '584 Patent. Example UnitedHealth Count III Products and Services are especially made or adapted for infringing the '584 Patent and have no substantial non-infringing use.

141. Exhibit 9 (claim chart) includes the Example UnitedHealth III Products and Services and Example '584 Patent Claims. As set forth in the chart, the Example UnitedHealth Count III Products and Services practice the technology claimed by the '584 Patent. Accordingly, the Example UnitedHealth Count III Products and Services incorporated in the chart satisfy all elements of the Example '584 Patent Claims.

61

142.    Intellectual Ventures II therefore incorporates by reference in its allegations herein the claim chart of Exhibit 9.

143.    Intellectual Ventures II is entitled to recover damages adequate to compensate for Defendants' infringement of the '584 Patent and will continue to be damaged by such infringement. Intellectual Ventures II is entitled to recover damages from Defendants to compensate them for Defendants' infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

144.    Further, Defendants' infringement of Intellectual Ventures II's rights under the '584 Patent will continue to damage Intellectual Ventures II's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

145.    As a result of Defendants' acts of infringement, Intellectual Ventures II has suffered and will continue to suffer damages in an amount to be proven at trial.

## <u>COUNT IV</u>

(UnitedHealth Group's Infringement of U.S. Patent No. 7,822,841)

146.    Paragraphs 1 through 145 are incorporated by reference as if fully set forth herein.

147.    **Direct Infringement**. UnitedHealth Group, without authorization or license from Intellectual Ventures II, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '841 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '841 Patent, including but not limited to at least the Accused Systems and Services include without limitation UnitedHealth Group systems and services that utilize multi-cluster Kubernetes; all past, current, and future systems and services

that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future UnitedHealth Group systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example UnitedHealth Group Count IV Systems and Services" or "UnitedHealth Systems and Services")[66] literally or by the doctrine of equivalents.

148.    On information and belief, UnitedHealth Group has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '841 Patent Claims, by internal testing and use of the Example UnitedHealth Count IV Products and Services.

149.    Each claim of the '841 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. The '841 Patent is related to secure, customizable computer clusters and detecting cluster-level and node-level issues. The '841 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of multi-cluster configuration management and efficient usage of cluster resources, among other issues. For example, the '841 Patent describes that multi-clusters or multiple clusters can be used to perform various tasks, but that they raise technical issues because of their technical complexity for example by "consum[ing] a much larger set of resources and be[coming] even more expensive to maintain" (at column 2 lines 22-25) and raise technical issues in "monitoring the individual cluster components" (at column 4 lines 19-27). The

---

[66] Plaintiffs do not accuse the public clouds of Defendants, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs accuse Defendants' private clouds that implement UnitedHealth Systems and Services and non-licensed uses of public clouds that Defendants use to support UnitedHealth Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendants' activities, Plaintiffs will meet and confer with Defendants about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

'841 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims including claim 1. The Patent further describes attempts to address these technical issues with multi-cluster environments, all of which have failed at column 2 lines 25-44. Additionally, the claims of the '841 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '841 Patent file history: "a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems"; and "wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor."

150.    On information and belief, the UnitedHealth Systems and Services use Kubernetes technology in at least UnitedHealth Group's on-premise and/or private cloud(s). For example, UnitedHealth Group posts, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts and it has engineers who indicate that they use Kubernetes as part of their job responsibilities.[67]

---

[67] https://www.ziprecruiter.com/c/Optum/Job/Advanced-Analytics-Senior-DevOps-Engineer-Remote-PST/-in-Everett,WA?jid=a2beb50c6603051c (UHG/Optum Care Network job posting for a Senior DevOps Engineer requiring candidates to "create automated orchestration and deployment solutions using Visual Studio development environment with on-prem TFS and DevOps server using Active Batch, Kubernetes, or other orchestration system.");

151. On information and belief, other information confirms UnitedHealth Group uses non-licensed implementations of Kubernetes. OpenStack supports container technologies including Docker, Kubernetes, and Mesos.[68]

152. On information and belief, UnitedHealth Group uses at least on-premises and/or private cloud, and on information and belief, uses non-licensed Kubernetes and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services.

153. Each claim of the '841 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '841 Patent.

154. On information and belief, UnitedHealth Group directly infringes the asserted claims of the '841 Patent, either literally or under the doctrine of equivalents, through at least using Kubernetes in the UnitedHealth Systems and Services.

---

https://careers.unitedhealthgroup.com/job/eden-prairie/senior-ai-ml-engineer-mlops-and-production-ai-systems-remote-or-hybrid-in-mn-dc/34088/93122317296 (UHG job posting for a Senior AI/ML Engineer (MLOps) requiring candidates to "containerize and deploy ML workloads using Docker and Kubernetes, ensuring scalability and reliability" and to "implement infrastructure-as-code (Terraform or equivalent) for reproducible and secure ML environments" and further requires "3+ years of experience with Docker and Kubernetes in production environments."); https://freshercareers.in/optum-off-campus-hiring-2024/ (Optum hiring posting for a Software Engineer describing a role that requires both operational and modernization responsibilities, including to "build and deploy Docker containers for multiple applications within Kubernetes environments" while also working to "improve existing engineering operations by standardizing and transitioning legacy on-premise solutions to cloud platforms."); https://www.linkedin.com/jobs/view/lead-devops-engineer-kubernetes-deployments-gitops-at-optum-4394670682 (LinkedIn Optum job posting for "technical leader accountable for designing, building, and operating Kubernetes deployment platforms using GitOps"); https://in.linkedin.com/in/sparsh-mishra (LinkedIn profile for Optum engineer who works on Kubernetes); https://ca.linkedin.com/in/asma-mahdi-38288530b (LinkedIn profile for United Health Group engineer who works on Kubernetes and Docker) (last accessed May 12, 2026).
[68] https://www.openstack.org/use-cases/containers/ (last accessed May 12, 2026).

155. In addition, on information and belief, UnitedHealth Group directly infringes the '841 Patent by testing the UnitedHealth Systems and Services and its various systems that use Kubernetes.

156. On information and belief, UnitedHealth Group has known that its infringing products and services, such as the Example UnitedHealth Count IV Products and Services, cannot be used without infringing the '841 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

157. **Willful Blindness.** UnitedHealth Group knew of the '841 Patent, or should have known of the '841 Patent, but was willfully blind to its existence. UnitedHealth Group has had actual knowledge of the '841 Patent not later than receipt of a letter, dated May 13, 2026, and received on the same date. By the time of trial, UnitedHealth Group will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '841 Patent. *See* Exhibit 6 (May 13, 2026 Notice Letter).

158. **Induced Infringement.** UnitedHealth Group has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '841 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or its products and services, such as Example UnitedHealth Count IV Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '841 Patent. For example, on information and belief, UnitedHealth Group offers products and services to its customers and third parties and/or employees that are associated with LTE connectivity provided by the Example UnitedHealth Count IV Products and Services. UnitedHealth Group has contributed to and/or induced, and

66

continues to contribute to and/or induce the infringement of the '841 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with LTE connectivity provided by the Example UnitedHealth Count IV Products and Services.

159. On information and belief, UnitedHealth Group, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '841 Patent by inducing its employees, customers, and other third parties (such as vendors) to use UnitedHealth Systems and Services, and provides documents that include instructions regarding how to use UnitedHealth Group products and services that use Kubernetes in the UnitedHealth Systems and Services in an infringing manner.

160. On information and belief, UnitedHealth Group supplies its employees, customers, and other third parties with access to the UnitedHealth Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, UnitedHealth Group provides instructions on how to use its various products and services that use Kubernetes in the UnitedHealth Systems and Services in an infringing manner, the use of which results in infringement of the '841 Patent claims through performance of the claimed methods.

161. On information and belief, UnitedHealth Group therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '841 Patent with knowledge of the '841 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '841 Patent. UnitedHealth Group has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example

UnitedHealth Count IV Products and Services to infringe the '841 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example UnitedHealth Count IV Products and Services.

162.   **Contributory Infringement.** UnitedHealth Group actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '841 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '841 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

163.   UnitedHealth Group therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '841 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example UnitedHealth Count IV Products and Services for use in a manner that infringes one or more claims of the '841 Patent. Example UnitedHealth Count IV Products and Services are especially made or adapted for infringing the '841 Patent and have no substantial non-infringing use.

164.   Exhibit 10 (claim chart) includes the Example UnitedHealth IV Products and Services and Example '841 Patent Claims. As set forth in the chart, the Example UnitedHealth Count IV Products and Services practice the technology claimed by the '841 Patent. Accordingly,

68

the Example UnitedHealth Count IV Products and Services incorporated in the chart satisfy all elements of the Example '841 Patent Claims.

165.    Intellectual Ventures II therefore incorporates by reference in its allegations herein the claim chart of Exhibit 10.

166.    Intellectual Ventures II is entitled to recover damages adequate to compensate for Defendants' infringement of the '841 Patent and will continue to be damaged by such infringement. Intellectual Ventures II is entitled to recover damages from Defendants to compensate them for Defendants' infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

167.    Further, Defendants' infringement of Intellectual Ventures II's rights under the '841 Patent will continue to damage Intellectual Ventures II's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

168.    As a result of Defendants' acts of infringement, Intellectual Ventures II has suffered and will continue to suffer damages in an amount to be proven at trial.

## DEMAND FOR JURY TRIAL

169.    Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

   A.    A judgment that *each of* the Patents-in-Suit are valid and enforceable;

   B.    A judgment that Defendants directly infringe, contributorily infringe, and/or actively induce infringement of one or more claims of *each of* the Patents-in-Suit;

69

C.  A judgment that awards Plaintiffs all damages adequate to compensate them for Defendants' direct infringement, willful infringement, contributory infringement, and/or induced infringement, of the Patents-in-Suit, including all pre- judgment and post- judgment interest at the maximum rate permitted by law;

D.  A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendants' past infringement with respect to the Patents-in-Suit;

E.  A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendants infringement of the Patents-in-Suit, which continue to damage Plaintiffs' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court;

F.  A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendants' continuing or future infringement, up until the date such judgment is entered with respect to the Patents-in-Suit, including ongoing royalties, pre- and post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284;

G.  A judgment that this case is exceptional under 35 U.S.C. § 285;

H.  An accounting of all damages not presented at trial; and

I.  A judgment that awards Plaintiffs their costs, disbursements, attorneys' fees, and such further and additional relief as is deemed appropriate by the Court.

Dated: May 14, 2026                              RESPECTFULLY SUBMITTED,

By: */s/ Mark D. Siegmund*
     Mark D. Siegmund (TX Bar No. 24117055)
     msiegmund@sjcjlaw.com
     **CHERRY JOHNSON SIEGMUND
     JAMES PC**
     7901 Fish Pond Road, 2nd Floor
     Waco, TX 76710
     Telephone: (254) 732-2242
     Facsimile: (866) 627-3509

     William D Ellerman (TX Bar No. 24007151)
     wellerman@cjsjlaw.com
     Ari B. Rafilson (TX Bar No. 24060456)
     arafilson@cjsjlaw.com
     **CHERRY JOHNSON SIEGMUND
     JAMES PC**
     8140 Walnut Hill Lane, Suite 105
     Dallas, TX 75231
     Telephone: (254) 732-2242
     Facsimile: (866) 627-3509

     Gregory P. Love (TX Bar No. 24023060)
     glove@cjsjlaw.com
     **CHERRY JOHNSON SIEGMUND
     JAMES PC**
     104 E. Houston Street, Suite 115
     Marshall, TX 75670
     Telephone: (254) 732-2242
     Facsimile: (866) 627-3509

     Jonathan K. Waldrop (CA Bar No. 297903)
     (Admitted in this District)
     jwaldrop@kasowitz.com
     Marcus A. Barber (CA Bar No. 307361)
     (Admitted in this District)
     mbarber@kasowitz.com
     John W. Downing (CA Bar No. 252850)
     (Admitted in this District)
     jdowning@kasowitz.com
     Heather S. Kim (CA Bar No. 277686)
     (Admitted in this District)
     hkim@kasowitz.com

71

ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(*pro hac vice* forthcoming)
Jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
101 California Street, Suite 3950
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(*pro hac vice* forthcoming)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**Attorneys for**
**INTELLECTUAL VENTURES I LLC**
**INTELLECTUAL VENTURES II LLC**