# **Exhibit 5**

**INTELLECTUAL** VENTURES®

April 29, 2025

Susan Perera
Chief IP Counsel (Deputy General Counsel)
UnitedHealth Group, Inc. ("UnitedHealth")
1 Health Drive
Eden Prairie, MN  55344-2955
susan.perera@uhg.com


Dear Ms. Perera,

I write on behalf of Intellectual Ventures Management, LLC ("IVM"). IVM provides management services to Invention Investment Fund I, L.P. ("IIF1") and Invention Investment Fund II, LLC ("IIF2", and together with IIF1, "IIF") as well as Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC ("IV II").  IIF, IV I, and/or IV II (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (approximately 4,400 worldwide patents and applications), which relate to a broad range of technologies.  Many of these patented technologies should be of interest to UnitedHealth.

I would like to call your attention to an initial set of sample IIF patents, which cover technologies used in at least the example products, platforms, features, and/or services listed in the table below that UnitedHealth makes, uses, sells, offers for sale, imports, and/or encourages its customers and partners to make, use, sell, offer to sell and/or import:

| US Patent No. | Title | Assignee | Example Claim | Example Product/Feature |
|---|---|---|---|---|
| 7,257,582 | LOAD BALANCING WITH SHARED DATA | INTELLECTUAL VENTURES I LLC | 1 | Opens-Source Software: UnitedHealth's use of Apache Spark https://careers.unitedhealthgroup.com/job/21773278/lead-ai-ml-engineer-remote-eden-prairie-mn/ |
| 8,332,844 | ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT | INTELLECTUAL VENTURES II LLC | 7 | Open Source Software: UnitedHealth's use of Docker https://careers.unitedhealthgroup.com/job/21473940/senior-software-engineer-fullstack-remote-eden-prairie-mn/ |
| 8,352,584 | SYSTEM FOR HOSTING CUSTOMIZED COMPUTING CLUSTERS | INTELLECTUAL VENTURES II LLC | 1 | Open Source Software: UnitedHealth's use of Kubernetes https://careers.unitedhealthgroup.com/job/21473940/senior-software-engineer-fullstack-remote-eden-prairie-mn/ https://careers.unitedhealthgroup.com/job/21189259/senior-software-engineer-java-kafka-nosql-springboot-hyderabad-in/ |
| 9,043,635 | TECHNIQUES FOR UPSTREAM FAILURE DETECTION AND FAILURE RECOVERY | INTELLECTUAL VENTURES I LLC | 31 | Open Source Software: UnitedHealth's use of Cassandra https://careers.unitedhealthgroup.com/job/21811421/senior-full-stack-engineer-java-react-bangalore-in/ |
| RE48,894 | DISAGGREGATED RESOURCES AND ACCESS METHODS | INTELLECTUAL VENTURES I LLC | 8 | Open Source Software: UnitedHealth's use of Kafka https://careers.unitedhealthgroup.com/job/21189259/senior-software-engineer-java-kafka-nosql-springboot-hyderabad-in/ |

Please note that these patents are offered as a list of example patents and example infringing products and that IV's investigation of UnitedHealth products and services is ongoing.  Enclosed are copies of each of the patents listed above.

**INTELLECTUAL** VENTURES®

IV does not authorize United Health or UnitedHealth's customers or partners to practice any of the above patents and/or other IV patent rights without a license.  IV is willing to offer a patent license and remains open to business discussions with UnitedHealth to negotiate such a license, either to the specifically referenced patents or to all or a subset of the IV patent rights.

I look forward to hearing from you at your earliest convenience.

Sincerely,

Steve Joroff
Licensing Executive
On behalf of:
Intellectual Ventures Management
3150 139th Ave SE, Building #4
Bellevue, WA 98005
sjoroff@intven.com

Enclosures:
Patent No: US 7,257,582
Patent No: US 8,332,844
Patent No: US 8,352,584
Patent No: US 9,043,635
Patent No: US RE48,894
Screen Shots for Notice Letter Links

CC: Michelle Macartney
     Chief IP Counsel, Patents and IIF Prosecution
     Intellectual Ventures Management, LLC
     mmacartney@intven.com

     Rupert Bondy
     Senior Counsel and Executive Vice President
     UnitedHealth Group, Inc.
     rupert.bondy@uhg.com

     Kwanwoo Lee
     Associate General Counsel, Patents
     UnitedHealth Group, Inc.
     kwanwoo.lee@uhg.com

     Linhda Nguyen
     Sr. Associate General Counsel, IP
     UnitedHealth Group, Inc.
     linhda.nguyen@uhg.com