# **<u>Exhibit 6</u>**

# KASOWITZ LLP

101 CALIFORNIA STREET, SUITE 3950

SAN FRANCISCO, CALIFORNIA 94111

(415) 421-6140

FAX: (415) 398-5030

Jonathan K. Waldrop
Direct Dial: (650) 453-5425
Direct Fax: (650) 362-2445
JWaldrop@kasowitz.com

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEW YORK
NEWARK
WASHINGTON DC

May 13, 2026

**<u>VIA EMAIL AND FEDERAL EXPRESS</u>**

Susan Perera
Chief IP Counsel, Deputy General Counsel
UnitedHealth Group, Inc.
1 Health Drive
Eden Prairie, MN 55344-2955
susan.perera@uhg.com

      Re:    *Intellectual Ventures I LLC and Intellectual Ventures II LLC*

Dear Ms. Perera,

We write on behalf of Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC (IV II"). (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (more than 3,100 worldwide patents and applications), which relate to a broad range of technologies. Many of these patented technologies should be of interest to UnitedHealth Group Incorporated ("UnitedHealth").

We would like to call your attention to four (4) example patents in particular, which cover technologies used in at least the following systems and services, and those having the same or substantially similar technologies, that UnitedHealth makes, uses, services, tests, distributes, and/or offers:

KASOWITZ LLP

Susan Perera
May 13, 2026
Page 2

| U.S. Patent No. | Invention Title and Owner | Example Patent Claim | Example Systems and Services |
|---|---|---|---|
| 7,712,080 | **Title**: SYSTEMS AND METHODS FOR PARALLEL DISTRIBUTED PROGRAMMING<br><br>**Exclusive Licensee:** IV I | 9 | Systems and services that utilize Spark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future systems and services that have the same or substantially similar features as the specifically identified systems and services |
| 8,332,844 | **Title:** ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT<br><br>**Owner:** IV II | 7 | Systems and services that utilize Docker, including any and all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services |
| 8,352,584 | **Title:** SYSTEMS FOR HOSTING CUSTOMIZED COMPUTING CLUSTERS<br><br>**Owner:** IV II | 1 | Systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future systems and services that have the same or substantially similar features as the specifically identified systems and services |
| 7,822,841 | **Title:** METHOD AND SYSTEM FOR HOSTING MULTIPLE, CUSTOMIZED COMPUTING CLUSTERS<br><br>**Owner:** IV II | 1 | Systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future systems and services that have the same or substantially similar features as the specifically identified systems and services |

Kᴀsᴏᴡɪᴛᴢ ʟʟᴘ
Susan Perera
May 13, 2026
Page 3

Please note that these four (4) example patents are offered as an initial list of the example patents and example infringing systems and services, and that IV's investigation of UnitedHealth's systems and services is ongoing.  Enclosed are copies of each of the example patents listed above.

IV does not authorize UnitedHealth or UnitedHealth's customers or partners to practice any of these patents without a license.  IV is willing to offer a patent license to UnitedHealth and remains open to business discussions with UnitedHealth to negotiate such a license, either to the specifically referenced patents, or to all or a subset of the IV patent rights.

We look forward to hearing from you at your earliest convenience.

Sincerely,

Jonathan K. Waldrop

Enclosures