# Exhibit 7 to Complaint
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Defendants Count I Systems and Services**
**U.S. Patent No. 7,712,080 ("the '080 Patent")**

The Accused Systems and Services include without limitation United Health Group ("UHG") and Optum ("Optum") (collectively, "Defendants") systems and services that utilize Spark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future UHG and Optum systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Defendants Count I Systems and Services" or "Defendants Systems and Services").[1]

On information and belief, UHG and Optum directly infringes the asserted claims of the '080 Patent, either literally or under the doctrine of equivalents, through at least using Spark in the Defendants Systems and Services. In addition, UHG and Optum directly infringe the '080 Patent by testing the Defendants Systems and Services and its various systems that use Spark. On information and belief, UHG and Optum, with knowledge at least since the time of filing the complaint, also indirectly infringes the '080 Patent by inducing its employees, customers, and other third parties (such as vendors) to use Defendants Systems and Services, and provides documents that include instructions regarding how to use UHG and Optum products and services that use Spark in the Defendants Systems and Services in an infringing manner. On information and belief, UHG and Optum supplies its employees, customers, and other third parties with access to the Defendants Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, UHG and Optum provides instructions on how to use its various products and services that use Spark in the Defendants Systems and Services in an infringing manner, the use of which results in infringement of the '080 Patent claims through performance of the claimed methods.

---

[1] Plaintiffs do not accuse the public clouds of Defendants, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs accuse Defendants' private clouds that implement Defendants Systems and Services and non-licensed public clouds that Defendants use to support Defendants Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendants' activities, Plaintiffs will meet and confer with Defendants about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

On information and belief, the Defendants Systems and Services use Spark in UHG and Optum's private cloud(s). For example, UHG and Optum post, or have posted, job opportunities that require familiarity with Spark technology and its engineers identify specific experience with Spark technology.

- https://careers.mntech.org/jobs/506357679-ai-or-ml-lead-it-operations-hybrid-in-mn-or-dc-or-remote-elsewhere-at-unitedhealth-group (UHG job postings that explicitly require candidates to have "2+ years of experience in distributed systems technologies like Spark, Databricks, Hadoop, Snowflake" and "5+ years of experience in Python and SQL, with hands-on experience using distributed data processing frameworks such as Spark"). The explicit mention of hybrid architectures ties Spark usage to on-premise environments.

- https://www.glassdoor.com/Job/richmond-optum-jobs-SRCH_IL.0,8_IC2303209_KO9,14.htm (Optum data engineering role lists designing, developing, and maintaining "data pipelines to ingest, transform, and store healthcare data from various enterprise data sources," with required skills including Spark).

- https://www.linkedin.com/in/sudhir-h-12242b179 (LinkedIn profile for UHG Spark Developer) (last accessed March 30, 2026).

- https://www.linkedin.com/in/abhiramu-chandupatla-a58a8a248 (LinkedIn profile for UHG software engineer with significant Spark, Kafka, and real-time analytics framework experience).

- https://www.linkedin.com/in/brian-gou-5838541a7 (LinkedIn profile for UHG Data Engineer with experience in Spark and "Data visualization.").

- https://in.linkedin.com/in/anjali-goyal-9ab64a180 (LinkedIn profile for Optum Spark Software Development Engineer).

- https://in.linkedin.com/in/surekanitin (LinkedIn profile for Optum Data Engineer with experience in Spark SQL).

- https://www.starburst.io/resources/optum-case-study/ (case study stating that Optum has relied on Spark SQL for data analysis).

On information and belief, UHG and Optum use at least on-premises and/or private cloud, and on information and belief, use non-licensed Spark and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services.

For example, on information and belief, UHG maintains substantial proprietary data center infrastructure that forms on-premise and hybrid deployments. UnitedHealth Group built a $100+ million data center in Chaska, Minnesota and operates a 189,000-square-foot facility in Elk River, Minnesota. https://www.datacenterknowledge.com/investing/unitedhealth-building-100-million-data-

center. These private facilities anchor UHG's hybrid cloud architecture and host regulated healthcare workloads. Further, Optum's published materials distinguish between "cloud-hosted" solutions and "cloud-native" solutions, noting that some providers adapt legacy on-premise architectures to the cloud but this "lift-and-shift approach does not take full advantage of cloud computing's scale." https://business.optum.com/en/insights/enterprise-imaging-cloud-strategy-webinar.html. This language reflects the ongoing coexistence of legacy on-premise systems and modern cloud-native platforms within UHG and Optum. Additionally, UHG's internal data governance and InfluxDB configuration management platform, "Lighthouse," is designed to manage configurations across all of the UnitedHealth Group data centers, allowing UHG and Optum to "dynamically change items and have configurations rolled out within 30 minutes without ever touching a server." https://www.influxdata.com/customer/optum/. The reference to "UnitedHealth Group data centers" in the plural indicates active, internally managed data center operations. *See also, e.g.,* https://www.computer.org/csdl/magazine/co/2017/05/mco2017050008/13rRUwhpBTK; https://www.kai-waehner.de/blog/2022/03/30/legacy-modernization-and-hybrid-multi-cloud-with-kafka-in-healthcare/.

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| [9.pre]. A distributed parallel computing system, having at least one memory area and at least one processor, comprising: | To the extent this preamble is limiting, on information and belief, the Defendants Count I Systems and Services include a distributed parallel computing system having at least one memory area and at least one processor. <br><br> For example, Spark consist of a distributed parallel computing system having multiple memory and processors. <br><br> ## Overview <br><br> At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures. <br><br> Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.[23] |

---

[2] Annotations added unless otherwise noted.

[3] Unless otherwise noted, all sources cited in this document were publicly accessible as of May 13, 2026.

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| | **Which Storage Level to Choose?**<br><br>Spark's storage levels are meant to provide different trade-offs between memory usage and CPU efficiency. We recommend going through the following process to select one:<br><br>• If your RDDs fit comfortably with the default storage level (MEMORY_ONLY), leave them that way. This is the most CPU-efficient option, allowing operations on the RDDs to run as fast as possible.<br><br>• If not, try using MEMORY_ONLY_SER and selecting a fast serialization library to make the objects much more space-efficient, but still reasonably fast to access. (Java and Scala)<br><br>• Don't spill to disk unless the functions that computed your datasets are expensive, or they filter a large amount of the data. Otherwise, recomputing a partition may be as fast as reading it from disk.<br><br>• Use the replicated storage levels if you want fast fault recovery (e.g. if using Spark to serve requests from a web application). *All* the storage levels provide full fault tolerance by recomputing lost data, but the replicated ones let you continue running tasks on the RDD without waiting to recompute a lost partition.<br><br>Source:  https://spark.apache.org/docs/latest/rdd-programming-guide.html. |
| [9.a] at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area; and | On information and belief, the Defendants Count I Systems and Services include at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area.<br><br>For example, Spark collects large volumes of data and distributes the data across multiple nodes. Spark automatically partitions the data into Resilient Distributed Datasets (RDDs) that operate in parallel. The RDDs are partitioned across multiple nodes and processed across at least one memory area.<br><br>**Resilient Distributed Datasets (RDDs)** 🔗<br><br>Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| | **RDDs — Partitions**<br><br>• RDDs are designed to contain huge amounts of data , that cannot fit onto one single machine → hence, the data has to be partitioned across multiple machines/nodes<br><br>• Spark automatically partitions RDDs and distributes the partitions across different nodes<br><br>• A partition in spark is an atomic chunk of data stored on a node in the cluster<br><br>• Partitions are basic units of parallelism in Apache Spark<br><br>• RDDs in Apache Spark are collection of partitions<br><br>• Operations on RDDs automatically place tasks into partitions, maintaining the locality of persisted data<br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167.<br><br>## Parallelism<br><br>Parallelism in Spark is all about doing multiple things at the same time. The core idea is to divide the data into smaller chunks (partitions), so they can be processed simultaneously. The more partitions you have, the more tasks can run in parallel, leading to faster processing times. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| | Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning.<br><br>Imagine you have a dataset with 1 million records. If this dataset is divided into 10 partitions, Spark can launch 10 tasks to process each partition simultaneously. If the cluster has sufficient resources, these tasks will run in parallel, speeding up the process. However, if you increase the number of partitions to 100, and assuming your cluster has the resources (like CPU cores) to handle these tasks, Spark can now launch 100 tasks to run concurrently. This dramatically increases parallelism and reduces the total time taken to process the entire dataset.<br><br>Source: https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning.<br><br>**In-Memory Processing: Spark's Secret Sauce**<br><br>The magic ingredient that sets Apache Spark apart from many other data processing frameworks is its effective utilization of in-memory processing. In-memory processing involves storing and processing data directly in a computer's RAM (Random Access Memory), as opposed to reading and writing data to slower storage devices like hard drives.<br><br>Source: https://medium.com/@harshavardhan7696/unleashing-speed-and-efficiency-in-memory-processing-in-apache-spark-c9e7ccc6460e. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| | The RDDs contain variables that allow the nodes to process data in parallel. RDDs are processed using functions and variables that can be used to create other RDDs to further process the data set.<br><br>**RDD Creation**<br><br>Here's an example of RDDs created during a method call:<br><br>**In-Memory Computation**<br><br>Spark uses in-memory computation as a way to speed up the total processing time. In the in-memory computation, the data is kept in RAM (random access memory) instead of the slower disk drives. This is very helpful as it reduces the cost of memory and allows for pattern detection, analyzes large data more efficiently. Main methods that accompany this are *cache()* and *persist()* methods.<br><br><br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [9.b] at least one distributed sequential computing program, configured to operate in the at least one | On information and belief, the Defendants Count I Systems and Services include at least one distributed sequential computing program configured to operate in the at least one processor, access the at least one distributed shared variable, and transform into at least one distributed parallel computing program |

| U.S. Patent No. 7,712,080 (Claim 9) | |
| --- | --- |
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| processor, configured to access the at least one distributed shared variable, and configured to transform into at least one distributed parallel computing program by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program, | by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program.<br><br>For example, Spark contains a driver program that is configured to operate in the at least one processor and is configured to access the RDDs. Spark jobs are authored in programming languages such as Java, Scala, and Python, and Spark is configured to access the at least one distributed shared variable (RDDs) through the access of RDDs by a Spark job.<br><br>**Spark Overview**<br><br>Apache Spark is a fast and general-purpose cluster computing system. It provides high-level APIs in Java, Scala, Python and R, and an optimized engine that supports general execution graphs. It also supports a rich set of higher-level tools including Spark SQL for SQL and structured data processing, MLlib for machine learning, GraphX for graph processing, and Spark Streaming.<br><br>Source: https://archive.apache.org/dist/spark/docs/2.0.1/.<br><br>**Overview**<br><br>At a high level, every Spark application consists of a *driver program* that runs the user's `main` function and executes various *parallel operations* on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.<br><br>Source: https://spark.apache.org/docs/latest/rdd-programming-guide.html.<br><br>The Spark Execution Model transforms the distributed sequential computing program into a series of stages and sets of parallel tasks that run in parallel on the Spark cluster.  This includes Spark tasks operating on a set of RDDs in parallel for a given stage. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| | Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. <br><br> Spark implements shuffle boundaries where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br><br>Figure 4. Graph of Stages<br><br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |
| [9.b.i] wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential | On information and belief, the Defendants Count I Systems and Services include the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations.<br><br>For example, Spark implements a set of tasks running in parallel for a given stage. The distributed parallel computing program includes the Spark job and driver program, as described in this claim chart. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
| computing program to perform parallel processing and/or operations, | The spawned child distributed sequential computing program is the sequential code in a task for a given stage, as described in this claim chart. *See* claim limitations [9.b] and [9.b.i-iii].<br><br>**Spark — Execution Workflow**<br><br><br><br>Source: https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167. |
| [9.b.ii] wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation. | On information and belief, the Defendants Count I Systems and Services include the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation.<br><br>For example, Spark implements shuffle boundary where stages and/or tasks wait for the prior stage to complete before fetching map outputs. |

| U.S. Patent No. 7,712,080 (Claim 9) | |
|---|---|
| **Claim 9** | **Example Defendants Count I Systems and Services** |
|  | DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.<br><br><br><br>Figure 4. Graph of Stages<br><br>Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.<br><br>Source: https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html. |

14