# Exhibit 10 to Complaint
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Defendants Count IV Systems and Services**
**U.S. Patent No. 7,822,841 ("the '841 Patent")**

The Accused Systems and Services include without limitation United Health Group ("UHG") and Optum ("Optum") (collectively, "Defendants") systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future UHG and Optum systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Defendants Count IV Systems and Services" or "Defendants Systems and Services").[1]

On information and belief, UHG and Optum directly infringes the asserted claims of the '841 Patent, either literally or under the doctrine of equivalents, through at least using Kubernetes in the UHG and Optum Systems and Services. In addition, UHG and Optum directly infringes the '841 Patent by testing the UHG and Optum Systems and Services and its various systems that use Kubernetes. On information and belief, UHG and Optum, with knowledge at least since the time of filing the complaint, also indirectly infringes the '841 Patent by inducing its employees, customers, and other third parties (such as vendors) to use Defendants Systems and Services, and provides documents that include instructions regarding how to use UHG and Optum products and services that use Kubernetes in the Defendants Systems and Services in an infringing manner. On information and belief, UHG and Optum supplies its employees, customers, and other third parties with access to the Defendants Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, UHG and Optum provides instructions on how to use its various products and services that use Kubernetes in the Defendants Systems and Services in an infringing manner, the use of which results in infringement of the '841 Patent claims through performance of the claimed methods.

---

[1] Plaintiffs do not accuse the public clouds of Defendants, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendants' activities. Plaintiffs accuse Defendants' private clouds that implement Defendants Systems and Services and non-licensed public clouds that Defendants use to support Defendants Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendants' activities, Plaintiffs will meet and confer with Defendants about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

On information and belief, the Defendants Systems and Services use Kubernetes technology in at least UHG and Optum's on-premise and/or private cloud(s). For example, UHG and Optum post, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts and it has engineers who indicate that they use Kubernetes as part of their job responsibilities.

- https://careers.unitedhealthgroup.com/job/la-crosse/sr-devops-engineer-kubernetes-next-gen-remote/34088/94347988864; https://careers.unitedhealthgroup.com/job/eden-prairie/lead-devops-engineer-kubernetes-deployments-and-gitops/34088/93437661136 (UHG job posting for a Senior DevOps Engineer role involving Kubernetes deployments.").

- https://careers.unitedhealthgroup.com/job/eden-prairie/senior-ai-ml-engineer-mlops-and-production-ai-systems-remote-or-hybrid-in-mn-dc/34088/93122317296 (UHG job posting for a Senior AI/ML Engineer (MLOps) requiring candidates to "containerize and deploy ML workloads using Docker and Kubernetes, ensuring scalability and reliability" and to "implement infrastructure-as-code (Terraform or equivalent) for reproducible and secure ML environments" and further requires "3+ years of experience with Docker and Kubernetes in production environments.").

- https://freshercareers.in/optum-off-campus-hiring-2024/ (Optum hiring posting for a Software Engineer describing a role that requires both operational and modernization responsibilities, including to "build and deploy Docker containers for multiple applications within Kubernetes environments" while also working to "improve existing engineering operations by standardizing and transitioning legacy on-premise solutions to cloud platforms.").

- https://www.linkedin.com/jobs/view/lead-devops-engineer-kubernetes-deployments-gitops-at-optum-4411631942 (LinkedIn Optum job posting for "technical leader accountable for designing, building, and operating Kubernetes deployment platforms using GitOps").

- https://in.linkedin.com/in/sparsh-mishra (LinkedIn profile for Optum engineer who works on Kubernetes).

- https://ca.linkedin.com/in/asma-mahdi-38288530b (LinkedIn profile for United Health Group engineer who works on Kubernetes and Docker).

On information and belief, UHG and Optum use at least on-premises and/or private cloud, and on information and belief, use non-licensed Spark and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services.

For example, on information and belief, UHG maintains substantial proprietary data center infrastructure that forms on-premise and hybrid deployments. UnitedHealth Group built a $100+ million data center in Chaska, Minnesota and operates a 189,000-square-foot facility in Elk River, Minnesota. https://www.datacenterknowledge.com/investing/unitedhealth-building-100-million-data-

3

center.  These private facilities anchor UHG's hybrid cloud architecture and host regulated healthcare workloads. Further, Optum's published materials distinguish between "cloud-hosted" solutions and "cloud-native" solutions, noting that some providers adapt legacy on-premise architectures to the cloud but this "lift-and-shift approach does not take full advantage of cloud computing's scale." https://business.optum.com/en/insights/enterprise-imaging-cloud-strategy-webinar.html. This language reflects the ongoing coexistence of legacy on-premise systems and modern cloud-native platforms within UHG and Optum. Additionally, UHG's internal data governance and InfluxDB configuration management platform, "Lighthouse," is designed to manage configurations across all of the UnitedHealth Group data centers, allowing UHG and Optum to "dynamically change items and have configurations rolled out within 30 minutes without ever touching a server."  https://www.influxdata.com/customer/optum/. The reference to "UnitedHealth Group data centers" in the plural indicates active, internally managed data center operations. *See also, e.g.*, https://www.computer.org/csdl/magazine/co/2017/05/mco2017050008/13rRUwhpBTK;  https://www.kai-waehner.de/blog/2022/03/30/legacy-modernization-and-hybrid-multi-cloud-with-kafka-in-healthcare/.  See also the evidence and information provided elsewhere in this exhibit for evidence of UHG and Optum's on-premise and/or private cloud use of the accused technologies.

| U.S. Patent No. 7,822,841 (Claim 1) ||
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| 1. A computer system for hosting computing clusters for clients, comprising: | To the extent this preamble is limiting, on information and belief, the Defendants Count IV Systems and Services are a computer system for hosting computing clusters for clients.<br><br>Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services.<br><br>## Overview<br><br>Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services, that facilitates both declarative configuration and automation. It has a large, rapidly growing ecosystem. Kubernetes services, support, and tools are widely available.<br><br>Source: https://kubernetes.io/docs/concepts/overview/. [2]<br><br>Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client. |

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of May 13, 2026.

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | # Cluster Architecture<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

6

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| |  Figure 1. Kubernetes cluster components.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | Kubernetes supports multi-clusters. Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas. Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
|  |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| 1[a] a private communications network linked to a public communications network; | On information and belief, the Defendants Count IV Systems and Services include a private communications network linked to a public communications network.<br><br>A Kubernetes cluster network is linked through for example an ingress configuration to an external network such as the Internet.<br><br>## Terminology<br><br>For clarity, this guide defines the following terms:<br><br>• Node: A worker machine in Kubernetes, part of a cluster.<br>• Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.<br>• Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.<br>• Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.<br>• Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br><br><br>Figure. Ingress<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>• **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>• **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>• **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| 1[b] a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the | On information and belief, the Defendants Count IV Systems and Services include a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| first cluster is communicatively linked to the private communications network; | Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client. Kubernetes clusters include workload computing resources, such as processors and memory, and are connected to a private communications network.<br><br>**Cluster Architecture**<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

13

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| |  Figure 1. Kubernetes cluster components. <br><br> Source: https://kubernetes.io/docs/concepts/architecture/.[3] |

---

[3] Annotations added unless otherwise noted.

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | A Kubernetes node is either a virtual or physical machine that one or more Kubernetes pods run on. It is a worker machine that contains the necessary services to run pods, including the CPU and memory resources they need to run. <br><br> Source: https://www.cloudzero.com/blog/kubernetes-node-vs-pod/. <br><br> Kubernetes supports multi-cluster architectures. <br><br> Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas. <br><br> Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

15

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
|  | ## Kubernetes Multi-Cluster: Why and When To Use Them Application containerization has disrupted the way software applications have been built and deployed. Over the years, Kubernetes has stood out as one of the best platforms for container orchestration. It has helped many companies achieve scalability, resilience, portability, and better resource utilization in their products. However, managing Kubernetes is still complex. The first question which comes to mind is whether we should use a single cluster or a multi-cluster for Kubernetes. Although a single cluster is easy to set up and manage and provides the basic features of Kubernetes, it lacks the typical resilience and high availability Kubernetes is famous for. In many cases, a single cluster is not enough to manage the load efficiently across all components. As a result, we need more than one cluster for a better division of workload and resources, hence the need for a multi-cluster solution. Source: https://www.qovery.com/blog/kubernetes-multi-cluster-why-and-when-to-use-them/. A Kubernetes cluster is connected to a public network, such as the Internet, through ingress or Gateway API configurations. Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource. Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

17

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| |  Figure. Ingress<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| 1[c] a second cluster comprising a set of computing resources, including at least one hardware processor, in a | On information and belief, the Defendants Count IV Systems and Services include a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| second configuration, wherein the second cluster is communicatively linked to the private communications network; and | Kubernetes supports multi-cluster architectures. Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas. Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## Kubernetes Multi-Cluster: Why and When To Use Them

Application containerization has disrupted the way software applications have been built and deployed. Over the years, Kubernetes has stood out as one of the best platforms for container orchestration. It has helped many companies achieve scalability, resilience, portability, and better resource utilization in their products. However, managing Kubernetes is still complex. The first question which comes to mind is whether we should use a single cluster or a multi-cluster for Kubernetes. Although a single cluster is easy to set up and manage and provides the basic features of Kubernetes, it lacks the typical resilience and high availability Kubernetes is famous for. In many cases, a single cluster is not enough to manage the load efficiently across all components. As a result, we need more than one cluster for a better division of workload and resources, hence the need for a multi-cluster solution.

Source: https://www.qovery.com/blog/kubernetes-multi-cluster-why-and-when-to-use-them/.

A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

22

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>• **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>• **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>• **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br><br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| 1[d] a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems; | On information and belief, the Defendants Count IV Systems and Services include a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems.<br><br>Kubernetes works with full metrics pipeline solutions, which provide monitoring of operations within Kubernetes clusters including monitoring operational and connectivity problems.<br><br>A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.<br><br>Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## What is Kubernetes monitoring?<br><br>Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:<br><br>• The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes monitoring includes providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues.<br><br>By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes includes various metrics tracking tools, such as tools for monitoring node health across multiple clusters. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## Monitor Node Health<br><br>*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/.<br><br>Kubernetes alerting provides for identification of operational and connectivity problems including identification of clusters associated with the problem. |

26

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:<br><br>• A node that has failed.<br><br>• A Pod that is stuck in the pending state.<br><br>• A container or Pod that is consuming a high level of resources relative to normal consumption trends.<br><br>• High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).<br><br>Source: https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting.<br><br>**Kubernetes monitoring definition**<br><br>**Kubernetes monitoring is a system of reporting that helps DevOps and IT teams identify issues and proactively manage complex Kubernetes clusters.** Effective Kubernetes monitoring allows for real-time management of your entire containerized infrastructure. It tracks uptime and cluster resource utilizations like memory, CPU, and storage. It also tracks cluster component interactions.<br><br>Kubernetes monitoring allows cluster operators to monitor functionality. It reports when the number of pods required isn't running, when resource utilization approaches critical limits, and when a pod or node cannot join a cluster due to a failure or configuration error.<br><br>Source: https://www.elastic.co/what-is/kubernetes-monitoring. |

27

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| [1.e] wherein the first configuration differs from the second configuration and wherein the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task; | On information and belief, the Defendants Count IV Systems and Services include a computer system where the first configuration differs from the second configuration and where the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task. |
| | Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers, resulting in different configurations occurring at each node and cluster. |
| | **Pods** |
| | *Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes. |
| | A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host. |
| | Source: https://kubernetes.io/docs/concepts/workloads/pods/. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

29

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## Workload resources for managing pods 🔗 Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource. Each Pod is meant to run a single instance of a given application. If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller. Source: https://kubernetes.io/docs/concepts/workloads/pods/. |
| [1.f] wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software | On information and belief, the Defendants Count IV Systems and Services include a computer system where the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor. Kubernetes works with metrics pipeline solutions, which provide monitoring of operations within Kubernetes clusters including monitoring operational and connectivity problems. Kubernetes provides for monitoring of containers, pods, services, and a cluster itself. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| problems to the main monitor. | **Tools for Monitoring Resources**<br><br>To scale an application and provide a reliable service, you need to understand how the application behaves when it is deployed. You can examine application performance in a Kubernetes cluster by examining the ==containers, pods, services, and the characteristics of the overall cluster==. Kubernetes provides detailed information about an application's resource usage at each of these levels. This information allows you to evaluate your application's performance and where bottlenecks can be removed to improve overall performance.<br><br>In Kubernetes, application monitoring does not depend on a single monitoring solution. On new clusters, you can use resource metrics or full metrics pipelines to collect monitoring statistics.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |

31

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API. <br><br> Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways. <br><br> Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. <br><br> ## What is Kubernetes monitoring? <br><br> Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as: |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | • The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes monitoring includes cluster-wide monitoring for providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues, such as operation and connectivity problems relating to a cluster.<br><br>By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>### Kubernetes monitoring definition<br><br>**Kubernetes monitoring is a system of reporting that helps DevOps and IT teams identify issues and proactively manage complex Kubernetes clusters.** Effective Kubernetes monitoring allows for real-time management of your entire containerized infrastructure. It tracks uptime and cluster resource utilizations like memory, CPU, and storage. It also tracks cluster component interactions.<br><br>Kubernetes monitoring allows cluster operators to monitor functionality. It reports when the number of pods required isn't running, when resource utilization approaches critical limits, and when a pod or node cannot join a cluster due to a failure or configuration error. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | Source: https://www.elastic.co/what-is/kubernetes-monitoring. |
| | Kubernetes includes various metrics tracking tools for node monitoring, such as tools for monitoring node health across multiple clusters. |
| | **Monitor Node Health**

*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events. |
| | Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/. |
| | Kubernetes alerting provides for identification of operational and connectivity problems including identification of clusters associated with the problem. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:<br><br>• A node that has failed.<br><br>• A Pod that is stuck in the pending state.<br><br>• A container or Pod that is consuming a high level of resources relative to normal consumption trends.<br><br>• High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).<br><br>Source: https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting.<br><br>While the image below provides examples of a monitoring system with a main monitor for monitoring multiple Kubernetes clusters, on information and belief there are other ways to track cluster performance as implemented by Defendants. Resource tracking of a container, pod, service, or at the cluster level is provided in Kubernetes. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
|  | <br><br>Source: https://towardsdev.com/how-to-monitor-kubernetes-cluster-using-prometheus-grafana-f220b0284e65. |

| U.S. Patent No. 7,822,841 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Defendants Count IV Systems and Services** |
| | ## Tools for Monitoring Resources<br><br>To scale an application and provide a reliable service, you need to understand how the application behaves when it is deployed. You can examine application performance in a Kubernetes cluster by examining the containers, pods, services, and the characteristics of the overall cluster. Kubernetes provides detailed information about an application's resource usage at each of these levels. This information allows you to evaluate your application's performance and where bottlenecks can be removed to improve overall performance.<br><br>In Kubernetes, application monitoring does not depend on a single monitoring solution. On new clusters, you can use resource metrics or full metrics pipelines to collect monitoring statistics.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |

37