**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | C.A. No. **2:26-cv-00395** |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| UNITEDHEALTH GROUP INC., UNITED HEALTHCARE INC., OPTUM INC., and WELLMED MEDICAL MANAGEMENT, INC. | ) ) ) ) | |
| *Defendant*. | | |

**INTELLECTUAL VENTURES I LLC AND INTELLECTUAL
VENTURES II LLC'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs"), file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Plaintiffs certify that there are no parents, subsidiaries, and/or affiliates of said parties that have issued shares or debt securities to the public.

Dated: May 14, 2026

Respectfully submitted,

By: */s/ Mark D. Siegmund*

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@sjcjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PC**
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

William D Ellerman (TX Bar No. 24007151)
wellerman@cjsjlaw.com
Ari B. Rafilson (TX Bar No. 24060456)
arafilson@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Gregory P. Love (TX Bar No. 24023060)
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PC**
104 E. Houston Street, Suite 115
Marshall, TX 75670
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)

2

tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(*pro hac vice* forthcoming)
Jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
101 California Street, Suite 3950
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(*pro hac vice* forthcoming)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

3

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District [LIVE] – Document Filing System, to all counsel of record who have appeared herein, on this 14th day of May, 2026.

/s/ Mark D. Siegmund
Mark D. Siegmund