**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC *and* INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE INC., OPTUM INC., *and* WELLMED MEDICAL MANAGEMENT, INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00395-JRG |

**ORDER**

Before the Court is the Motion To Extend Time (the "Motion") filed by Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendants UnitedHealth Group Incorporated, UnitedHealthcare Incorporated, Optum Incorporated, and WellMed Medical Management, Incorporated ("Defendants") (collectively, the "Parties"). (Dkt. No. 18). In the Motion, the Parties seeks a 30-day extension of time for Defendants to answer Plaintiffs' Complaint. (*Id.* at 1). The requested extension would move the deadline from August 19, 2026, up to and including September 18, 2026. (*Id.*). The Motion is unopposed. (*Id.*).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendants to answer Plaintiffs' Complaint is **extended** up to and including **September 18, 2026.**

**So Ordered this**

**Aug 22, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE